# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**KINGMAN REEF ATOLL INVESTMENTS, LLC., et. al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 06-828L**
**Filed: February 9, 2007**

## O R D E R

The court held a status conference in the above-captioned case on February 7, 2007, with the parties appearing by telephone. The parties have informed the court of an action to quiet title in Kingman Reef Atoll Investments, L.L.C. v. United States, Case No. CV05-00151 JMS BMK, in the United States District Court for the District of Hawaii, which involves the same parties and property as in this case. The court, therefore, **ORDERS** the parties to inform the court of any actions taken by the District Court of Hawaii within 5 days of such action.

During discussions with chambers, the defendant's counsel, Ms. Tardiff, also informed the court of another case filed in the United States Court of Federal Claims, Palmyra Pacific Seafoods v. United States, Case No. 07-35C, that may be related to the current action. The defendant indicated, however, that it could not determine with certainty whether the cases are in fact related based on the complaint in the Palmyra case and that it would seek a more definite statement from the plaintiffs in that case in order to make a determination. The court, therefore, **ORDERS** the defendant to submit a status report updating the court on this issue once the issue is resolved. If a determination has not been made by **Wednesday, March 7, 2007**, the parties shall file a joint status report informing the court of its efforts.

In addition, as discussed at the conference, the court establishes the following briefing **SCHEDULE**. On or before **Friday, March 30, 2007**, the defendant shall file its motion to dismiss for failure to file within the applicable statute of limitations. The parties also shall confer and submit a joint stipulation of facts on the basic chronological facts of the case. That joint stipulation of facts is to be submitted to the court on or before **Friday,**

**March 30, 2007**. On or before **Friday, April 20, 2007**, the plaintiff shall file its response to defendant's motion to dismiss. On or before **Friday, May 4, 2007**, defendant will file its reply brief. All briefs are to refer specifically to the joint statement of facts and the relevant documents referred to in the complaint which counsel has agreed to provide to the court as soon as possible.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**