# In the United States Court of Federal Claims

No. 07-35L
(Filed: March 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
PALMYRA PACIFIC SEAFOODS, L.L.C.,
et al.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's motion for a more definite statement filed on February 20, 2007, pursuant to the Rules of the United States Court of Federal Claims 12(e). Plaintiffs respond that their complaint is sufficient and that defendant's motion should be denied. Nevertheless, plaintiffs propose to file an amended complaint on or before April 13, 2007, to which defendant will file its answer on or before June 29, 2007. Although this schedule extends the 10-day period for the filing of an answer to an amended complaint, plaintiffs represent to the court that the parties have agreed to this schedule.

We therefore deny defendant's motion as moot and adopt plaintiffs' proposed schedule for an amended complaint and an answer. Plaintiffs shall file their amended complaint on or before April 13, 2007. Defendant shall file its answer on or before June 29, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge