# EXHIBIT A-1

# LICENSE AGREEMENT

THIS LICENSE AGREEMENT ("Agreement") is made and entered into this 1st day of July, 1999, by and between PALMYRA DEVELOPMENT CO., INC., a Hawaii corporation, whose principal place of business and post office address is 931 University Avenue, Suite 202, Honolulu, Hawaii 96826 ("Licensor"), and PALMYRA PACIFIC ENTERPRISES, LLC, a Washington limited liability company, whose business and post office address is 8441 S.E. 68th Street, Suite 312, Mercer Island, Washington 98040 ("Licensee"), with reference to the following:

## PREAMBLE

This Agreement covers portions of the atoll commonly referred to as "Palmyra" and the waters surrounding both Palmyra and the property known as "Kingman Reef" which is adjacent thereto, the same being more particularly described in Exhibit A hereto. Palmyra consists of a group of islets located in the Pacific Ocean approximately 1,000 miles south of the Hawaiian Islands, at Latitude 5 degrees, 52 minutes North and Longitude 162 degrees 06 minutes West, approximately. Palmyra includes the territorial waters and surrounding reefs encompassed thereby, and extends 5-2/3 sea miles in an east-west direction and 1-1/3 sea miles in a north-south direction. Kingman Reef lies 33 miles northwest of Palmyra, and was annexed and added to Palmyra in April 1922. Palmyra and Kingman Reef, including their beaches and lagoons, are possessions of the United States and subject to federal laws, but are not subject to the laws of any state (including the State of Hawaii) or county (including the City and County of Honolulu). Licensee acknowledges that as of the date of this Agreement, federal legislation has been introduced to include Palmyra within the jurisdiction of the State of Hawaii. Licensor makes no representations as to whether or not such legislation will be enacted, the terms of such legislation or what effect it may have on this Agreement. Licensee agrees to accept this Agreement, subject to such legislation or any other legislation hereafter enacted which affects Palmyra or Kingman Reef or the waters of either of them, whether or not such legislation has an adverse effect on Licensee's rights or activities under this Agreement, but without affecting Licensee's rights under Section 1.08(3)(b) hereof.

Other than use by the United States military during World War II for military activities, to Licensor's knowledge, neither Palmyra nor Kingman Reef has been successfully used or developed for any commercial purpose. Licensor desires to develop Palmyra and Kingman Reef gradually and in a manner that will preserve their unique environment and ecosystems for future generations. In that regard, Licensor has, to date, limited access to and activity on Palmyra and Kingman Reef. Licensor has agreed to execute this Agreement with Licensee with the understanding by both parties that the rights granted to Licensee hereunder are restricted to specific activities in specific areas for a limited period of time.

EXHIBIT C

It is the overriding intent of Licensor, and the understanding of Licensee, that this Agreement shall be interpreted and construed in accordance with the foregoing paragraphs.

## WITNESSETH:

## ARTICLE 1
## LICENSES AND TERM

Section 1.01. Introduction; Definitions. The intent of the parties is that Licensee shall have the exclusive right to use Palmyra for commercial fishing and related transport and support operations, as set forth in this Agreement, and that Licensor shall not allow Palmyra to be used for such operations by any others. The following words when used in this Agreement (unless the context shall otherwise provide) shall have the following meanings:

"Agents" are defined in Section 1.02(2)(a) of this Agreement.

"Arrival Date" is defined in Section 2.01 of this Agreement.

"Base Camp" is defined in Section 1.02 of this Agreement.

"Bunker" is defined in Section 1.06(5) of this Agreement.

"Chart" is defined in Section 1.03(13) of this Agreement.

"Dock" is defined in Section 1.06(3) of this Agreement.

"Employees" are defined in Section 1.02(2)(a) of this Agreement.

"Events of Default" are defined in Section 10.01 of this Agreement.

"Extension Period" is defined in Section 2.01 of this Agreement.

"Gross Sales" are defined in Section 2.02 of this Agreement.

"Guests" are defined in Section 1.02(2)(a) of this Agreement.

"Hazardous Materials" are defined in Section 3.04 of this Agreement.

"Hazardous Materials Laws" are defined in Section 3.04 of this Agreement.

"Independent Contractors" are defined in Section 1.02(2)(a) of this Agreement.

"Kingman Reef" is defined in the first paragraph of the Preamble to this Agreement.

"License Fees" are defined in Section 2.01 of this Agreement.

"Licensee" is defined in the first paragraph of this Agreement.

"Licensor" is defined in the first paragraph of this Agreement.

"Master Lease" is defined in Section 1.08 of this Agreement.

"Master Lessor" is defined in Section 1.08 of this Agreement.

"Palmyra" is defined in the first paragraph of the Preamble to this Agreement.

"Period" is defined in Section 1.11 of this Agreement.

"Property" is defined in Section 1.08 of this Agreement.

"Security Deposit" is defined in Section 14.01 of this Agreement.

"Small Boat Harbor" is defined in Section 1.06(1) of this Agreement.

"System" is defined in Section 1.02(2)(b) of this Agreement.

"Term" is defined in Section 1.10 of this Agreement.

"Treasure" is defined in Section 16.10 of this Agreement.

Section 1.02. Base Camp License. Licensor, in consideration of the license fees reserved and of the covenants contained in this Agreement on the part of Licensee to be observed and performed, and upon and subject to the terms and conditions set forth in this Agreement, does grant to Licensee and Licensee does accept from Licensor, the exclusive right and license to occupy, use and enjoy during the Term (subject only to the rights of the Master Lessor and Licensor hereunder) that portion of Palmyra shown on Exhibit C annexed hereto and made a part hereof ("the Base Camp"), which is an approximately one (1) acre portion of Cooper Island located near the Small Boat Harbor, together with certain adjacent areas, as shown on Exhibit C,

and also together with any buildings and other structures located thereon as of the date of this Agreement, upon the following conditions and restrictions:

(1) The exact boundaries of the Base Camp shall be described by means of Global Positioning System (GPS) readings taken by Licensee on-site at the boundary corners and approved in writing by Licensor as soon as possible after the beginning of the Term. Such corners will be marked by Licensee on site.

(2) The Base Camp shall be used and occupied by Licensee solely in support of Licensee's permitted operations under this Agreement, subject to the following conditions and restrictions:

(a) Licensee may use any buildings or other structures currently existing on the Base Camp in Licensee's permitted operations under this Agreement; provided that Licensee shall first clean and make safe any such existing buildings or other structures to be used by Licensee. In addition, Licensee shall have the right to construct on the Base Camp such housing units, storage facilities, fish drying sheds, communication facilities and other facilities and improvements as Licensee shall deem desirable to support its permitted operations under this Agreement, subject to Licensor's prior written approval (which approval shall not be unreasonably withheld) and provided that no facility or improvement constructed by Licensee (other than radio towers) shall exceed twenty-five (25) feet in height. Without limiting the foregoing, Licensee shall have the right to construct on the Base Camp the following portable modular housing units: (i) six 4-man, 400 square foot bungalows for employee housing; (ii) four 2-man, 400 square foot bungalows for employee housing; and (iii) two 1-man, 400 square foot bungalows for manager housing. The total number of persons permitted to live in housing located on the Base Camp shall be not more than thirty-four (34), all of whom shall be "agents", "employees", "independent contractors" or "guests" (as defined below) of Licensee. The foregoing license does not include any other areas, buildings or structures located outside the Base Camp, which Licensee is prohibited from occupying or using in any manner, except as permitted under Sections 1.05, 1.06 and 1.07 of this Agreement.

For purposes of this Agreement, (i) the term "agent" shall mean and include any person authorized by Licensee to act on Licensee's behalf; (ii) the term "employee" shall mean and include any person who performs work for Licensee in exchange for salary or wages and is classified as an "employee" under federal law; (iii) the term "independent contractor" shall mean and include any person who provides equipment, facilities, goods or services to Licensee under contract in exchange for payment by Licensee, but is not classified as an "employee" under federal law; and (iv) the term "guest shall mean and include any person who is present at Licensee's invitation. All agents, employees, independent contracts and employees must be present for the purpose of supporting Licensee's operations under this

Agreement. Any person who pays or otherwise compensates Licensee for the right to perform such work or is performing such work for recreation, shall not be considered an agent, employee, independent contractor or guest. The foregoing definitions shall apply solely to Licensee, and not to Licensor or Master Lessor.

(b) Licensee may install a water and waste management system to be used for Base Camp use and other permitted operations under this Agreement (the "System"). The System may include a water storage/catchment system, an R/O Water Maker and septic tanks, each with a capacity sufficient to meet the requirements of Licensee's permitted operations under this Agreement. In addition, Licensee shall comply with the following requirements: (i) all human waste from vessels shall be treated with a United States Coast Guard-approved septic system prior to being discharged into the ocean not less than three (3) miles from Palmyra, (ii) no outhouses or cesspools will be permitted and all human waste from Base Camp operations must be disposed of by septic tank or other treatment methods, (iii) fish waste must be disposed of at sea not less than three (3) miles from Palmyra or by other legal disposal methods approved by Licensor, (iv) no trash or waste shall be burned or buried at Palmyra; and (v) no discharges of any kind shall be made into the Palmyra lagoon; provided, however, that, Licensor hereby permits Licensee to (w) install septic tanks and/or incinerator-type or self-composting toilet systems for disposal of human waste, (x) divert and discharge all gray water to the old hillside tank area located oceanside of the Base Camp, (y) grind fish waste to be frozen and held aboard vessels for use as palu (chum) for fishing operations permitted under this Agreement, and (z) compact and remove or burn trash and other waste by an incinerator system approved by Licensor, so long as all ashes and other remaining material are disposed of by legal methods. Notwithstanding anything to the contrary contained herein, if at any time Licensor determines in its sole discretion that any act or omission by Licensee is causing ecological or environmental harm to Palmyra or Kingman Reef or the waters or ecosystems thereof, then Licensor shall have the right to require Licensee to implement changes to the System which are acceptable to Licensor in its sole discretion and which may be more restrictive than applicable laws, in order to reduce or eliminate such harm. Unless and until the installation of the waste management portion of the System is completed, all waste will be retained aboard one or more vessels and disposed of not less than three (3) miles from Palmyra. No waste material shall be disposed of less than three (3) miles from Kingman Reef.

(c) Licensee may install a communication system and associated structures within the Base Camp. Said communication system shall be available for use by Licensor and Master Lessor, and their agents, employees, independent contractors and guests, at reasonable times when such use does not unreasonably interfere with Licensee's permitted operations under this Agreement and Licensee shall charge said users solely for the actual airtime cost payable by Licensee for such use. The foregoing right shall not prevent Licensor from installing and using its

own system or communication devices. Licensee and Licensor agree that each of their respective systems and devices shall not unreasonably interfere with the other party's systems and devices.

All of the foregoing uses of the Base Camp shall be subject to the general conditions contained elsewhere in this Agreement, including, without limitation, Sections 1.12, 3.01 and 4.04. The Base Camp shall not be used for any purpose except to support Licensee's permitted operations under this Agreement, and no other buildings or structures may be constructed on the Base Camp or elsewhere on Palmyra without Licensor's prior written consent, which may be withheld in Licensor's sole discretion. The Base Camp shall not be occupied by any persons other than the thirty-four (34) described above.

Section 1.03 Commercial Fishing License. Licensor hereby grants to Licensee the exclusive right and license during the Term to fish solely for commercial (resale) purposes in the waters not shallower than 100 fathoms off Palmyra and the waters not shallower than 100 fathoms off Kingman Reef, and to transit the waters shallower than 100 fathoms off Palmyra for the purposes set forth in this Agreement. No commercial fishing will be permitted in the lagoons at Palmyra or Kingman Reef. Licensor agrees that it will not grant to any other person or entity a right or license to use Palmyra for any activity in support of commercial fishing or fish processing or for the storage, transportation or transshipment of fish or fish products for commercial purposes. Licensee agrees that Licensor shall not be liable in the event that any person or entity fishes in such waters for commercial purposes or transits such waters in support of commercial fishing operations without Licensor's consent or approval. The license granted hereunder shall be subject to the following conditions and restrictions:

(1) Licensee may use one (1) mothership vessel and two (2) barges or support vessels based in the Palmyra west lagoon to receive, process and store seafood and seafood products harvested under this commercial fishing license, for storage of fuel and supplies and for other operations and activities permitted under this Agreement. Licensee shall utilize not more than forty-five (45) harvesting vessels in its fishing operation, none of which shall exceed 200 feet in length. The vessels employed by Licensee under this Agreement may be owned or operated by Licensee or by other persons or entities conducting their operations under contract with Licensee; provided, however, that Licensee shall be responsible for ensuring that all commercial fishing operations and operations in support thereof are conducted in accordance with the requirements of this Agreement. Prior to the employment of any vessel in operations permitted under this Agreement, Licensee shall provide Licensor with documents evidencing the identity of the owner(s) of such vessels, insurance in amounts and with coverage customary in the State of Hawaii for such vessels and their operations, and any other documents requested by Licensor with respect to such vessels. Licensee

shall have the right to substitute vessels from time to time, subject to the terms and conditions of this Agreement.

(2) Except as otherwise expressly provided in this subsection 1.03(2), Licensee may fish for all species of fish, shellfish and other marine species, including without limitation all species of tuna, marlin and swordfish. Licensee shall not fish for tropical fish captured live for the aquarium trade, sharks, porpoises, rays (manta, sting, etc.), turtles, clams or coral, except if caught as a by-product of fishing for permitted marine species, and provided that all such bycatch species shall be returned to the sea promptly and with a minimum of injury.

(3) Licensee may use any lawful fishing method or gear. Strict fishing records shall be maintained in accordance with Section 1.12(8).

(4) Prior to exercising such license, Licensee shall mark the main channel entrance to the Palmyra west lagoon with reflective flexible buoys. Licensee shall verify and maintain the existing range at all times.

(5) Licensee may deploy fish aggregating buoys no closer than 100 fathoms off Palmyra and not shallower than 100 fathoms off Kingman Reef.

(6) Licensee shall not fish or conduct its operations in any manner which damages the coral reefs of Palmyra or Kingman Reef. Licensee shall not fish in the lagoons of Palmyra or Kingman Reef.

(7) Licensee acknowledges and agrees that this Agreement shall not affect Licensor's or Master Lessor's legal and equitable title to the waters covered by this license and Licensee shall not claim any title or interest in said waters or any land adjacent thereto.

(8) Licensee agrees that it will exercise this license in a reasonable manner and shall cooperate with Licensor to minimize the impacts of its permitted operations under this Agreement on the waters and ecosystems of Palmyra and Kingman Reef.

(9) Except to the extent permitted under this Agreement, Licensee shall not use or authorize any other persons, entities or vessels to fish in the waters surrounding Palmyra or Kingman Reef. Further, Licensee shall not purchase or receive any fish or other marine species from other persons, entities or vessels, except as permitted by this Agreement.

(10) All harvesting vessels engaged in permitted fishing operations under this Agreement will be given access to the west lagoon at Palmyra, as shown on Exhibit B, for the following purposes and subject to the following restrictions:

(a) Harvesting vessels must off-load one hundred percent (100%) of their catch to Licensee at Palmyra.

(b) Harvesting vessels will be allowed to purchase from Licensee bait, ice, fuel (subject to the terms of this Agreement), potable water, food, tackle and other goods and services required in connection with the permitted fishing operations.

(c) Harvesting vessels shall not discharge any waste or other matter into the lagoons or any other waters closer than three (3) miles offshore of Palmyra and Kingman Reef, including, but not limited to, gray water, sewage and fish remains.

(d) Harvesting vessels shall be permitted to moor in the lagoon only as necessary for operations in support of Licensee's permitted operations under this Agreement and the time that harvesting vessels spend in such lagoon shall be minimized, consistent with the needs and requirements of Licensee's permitted operations. In case of inclement weather, inability to enter the channel or if the west lagoon is fully occupied, then vessels may moor in the area off the west reef of Palmyra which is designated on Exhibit B, but no closer than the 10-fathom line.

(e) Licensee's agents, employees, independent contractors and guests must stay on their respective vessels, and no persons will be permitted to visit Palmyra, except when docking and unloading catch, when purchasing items from Licensee, when transiting Palmyra in connection with transportation by sea or air, or when using those areas specified in this Agreement for Licensee's use (with Licensee's permission).

(11) Licensee may use one (1) mothership vessel and no more than two (2) total barges or support vessels in its operations under this Agreement, subject to the following restrictions:

(a) The mothership vessel will be of a size suitable for the operations proposed and shall not exceed 200 feet in length without the prior written approval of Licensor (which approval shall not be unreasonably withheld).

(b) The operations of the mothership vessel and any barges or support vessels shall be subject to the terms and conditions of Section 1.02(2)(b) above concerning waste disposal.

(c) The operations of the mothership vessel and any barge(s) or support vessel(s) shall be limited to receipt, processing and storage of seafood and seafood products harvested in commercial fishing operations permitted under this Agreement, and activities in support of such operations. Licensee may use the mothership vessel, barge(s) and support vessel(s) permitted hereunder for any operations or activities which may be conducted at the Base Camp under Section 1.02 of this Agreement.

(12) No vessel maintenance or repairs shall be conducted in waters closer than three (3) miles offshore of Palmyra or Kingman Reef, except for emergency repairs and normal daily seagoing repairs and maintenance.

(13) Where any distance specified in this Section 1.03 or elsewhere in this Agreement is to be measured seaward of "Palmyra", such distance shall be measured from the 100 fathom line offshore of Palmyra, as shown on Chart #83157 (4th ed. 4/13/85, rev. 1/26/91) published by the U.S. Department of Commerce, National Oceanic and Atmospheric Administration (the "Chart"). For example, if the distance specified is 3 miles from Palmyra, then the 3 miles must be measured beginning at the 100 fathom line shown on the Chart.

(14) In the event of a sale or conveyance by Licensor of its interest in Palmyra, the commercial fishing license granted under this Section 1.03 will automatically be amended, without any further action by Licensor or Licensee, to restrict such license to the waters not closer than three (3) miles from Palmyra and the waters not closer than twelve (12) miles from Kingman Reef, unless Licensor and Licensee mutually agree otherwise. The parties acknowledge that Licensee desires to retain the commercial fishing license with respect to the waters not shallower than 100 fathoms off Kingman Reef and Licensor desires to retain the right to be paid for the fish and other permitted marine species caught by Licensee in such waters. However, in the event of such sale or conveyance, Licensor's right to such payment under this Agreement would be automatically transferred to the purchaser thereof, in the absence of this paragraph (14). Therefore, the parties agree that they will attempt in good faith to negotiate an agreement acceptable to both parties on this issue.

Section 1.04 Transportation License. Licensor hereby grants to Licensee the exclusive right and license to transport seafood and seafood products harvested under this Agreement for commercial (resale) purposes, as well as individuals, equipment, supplies and materials in support of commercial fishing operations, to or from Palmyra; provided that Licensee may only transport seafood and seafood products harvested pursuant to this Agreement. In addition, Licensor hereby grants to Licensee a non-exclusive right and license to transport Licensee's agents, employees, independent contractors, guests, equipment, materials and supplies to and from Palmyra solely for Licensee's permitted uses and operations under this Agreement. Licensor and its

agents shall have the right and authority, at any and all times, and at any location either at or in transit from Palmyra, to conduct examinations and searches of (a) the contents of any container of any kind, and (b) any vessel, vehicle, aircraft or other conveyance used in connection with this license; provided, however, that Licensor shall not unreasonably interfere with the conduct of Licensee's permitted activities under this Agreement.

During the Term of this Agreement, Licensor agrees that it will not grant to any other person or entity a license to transport seafood or seafood products for commercial purposes to or from Palmyra.

Section 1.05 Aircraft Runway License. Subject to the following conditions and restrictions, Licensor hereby grants to Licensee the exclusive right and license to use the existing aircraft runway at Palmyra for take-off and landing of aircraft in support of Licensee's commercial fishing operations under this Agreement, including the right to use the runway apron for loading and unloading of such aircraft:

(1) Licensor makes no representations concerning the condition of the existing aircraft runway at Palmyra or its suitability for Licensee's use. Licensor believes that portions of the aircraft runway are being used as bird nesting areas.

(2) Licensee shall clear the entire aircraft runway (6000 ft.) and surrounding clearways and aprons to make the runway safe and serviceable for Licensee's use and to comply with applicable laws and regulations and shall maintain the runway and adjacent clearways and aprons during the Term of this Agreement, at Licensee's sole cost and expense.

(3) Licensee shall create and maintain, at Licensee's sole cost and expense, an alternative bird nesting area comparable to the existing nesting area currently located on the aircraft runway, at a location which is safe for the operation of an airfield. All plans and specifications for the alternative nesting area shall be subject to Licensor's prior written approval (which approval shall not be unreasonably withheld).

(4) Licensee may not authorize any other aircraft, whether commercial airliners or private aircraft, to use the aircraft runway for any purpose except in connection with Licensee's permitted operations under this Agreement, without Licensor's prior written consent, which may be withheld in Licensor's sole discretion or conditioned upon satisfaction of conditions determined by Licensor in its sole discretion.

(5) Licensee's use of the aircraft runway shall be limited solely to operations in support of Licensee's commercial fishing operations under this Agreement.

(6) Licensee's right to use of the aircraft runway shall not preclude Master Lessor or Licensor from using the runway or authorizing use of the runway by others for purposes other than the transport of seafood or seafood products for commercial (resale) purposes.

During the Term of this Agreement, Licensor agrees that it will not grant to any other person or entity a right or license to access, occupy or use the aircraft runway for the transportation of seafood or seafood products for commercial purposes.

Section 1.06 Access Rights; Small Boat Harbor and Dock Use.

(1) Licensor hereby grants to Licensee a non-exclusive right of pedestrian and vehicular access during the Term between the Base Camp and the existing small boat harbor ("Small Boat Harbor") adjacent to the Base Camp at the Palmyra west lagoon, including pedestrian and vehicular access to the Dock and the Bunker; provided, however, that Licensee at its sole cost and expense shall clear, create and maintain vehicle access ways which are safe and serviceable for Licensee's use, in the locations specified in Exhibit C (excluding the area shown as "Old Roadway from WWII"), subject to Licensor's right in its sole discretion to relocate such access ways from time to time. Licensor also grants to Licensee a non-exclusive right of pedestrian and vehicular access between the Base Camp and the aircraft runway; provided, however, that Licensee at its sole cost and expense shall clear, create and maintain vehicle access ways which are safe and serviceable for Licensee's use, in the locations specified in Exhibit C (excluding the area shown as "Old Roadway from WWII", subject to Licensor's right in its sole discretion to relocate such access ways from time to time. Licensee's use of the said access ways shall be at Licensee's sole risk; Licensor hereby informing Licensee that Licensor has no knowledge of the condition of the areas where the said access ways will be located. Licensee will indemnify, defend and hold harmless Licensor and the Master Lessor, and their respective officers, directors, employees, agents, heirs, personal representatives, successors and assigns from and against all claims, actions, suits, damages, costs and expenses, including attorneys' fees, by whomsoever brought or made, by reason of Licensee's use of said access ways, using counsel approved by Licensor and the Master Lessor, at Licensee's sole cost and expense.

(2) Licensee shall have the exclusive right to use the Small Boat Harbor as shown in Exhibit C, in connection with Licensee's permitted activities under this Agreement. In the event that Licensee uses the Small Boat Harbor, Licensee shall clear, repair and maintain the same, at Licensee's sole cost and expense, in a condition safe and serviceable for its use. Licensee's use of the Small Boat Harbor shall be at Licensee's sole risk, Licensor hereby informing Licensee that Licensor has no knowledge of the condition of the Small Boat Harbor. Licensee will indemnify, defend and hold harmless Licensor and the Master Lessor, and their respective officers,

directors, employees, agents, heirs, personal representatives, successors and assigns from and against all claims, actions, suits, damages, costs and expenses, including attorneys' fees, by whomsoever brought or made, by reason of Licensee's use of the Small Boat Harbor, using counsel approved by Licensor and the Master Lessor, at Licensee's sole cost and expense.

(3) In addition, Licensee shall have the exclusive right to use one-half of the deep water dock closest to the west end (the "Dock") and the non-exclusive right to use the remainder of the Dock, as shown in Exhibit C, in connection with Licensee's permitted activities under this Agreement. Licensee's use of the Dock shall be subject to the conditions contained in this paragraph. Licensee shall immediately cease use of the Dock if Licensee's use results in further damage or deterioration to the Dock or any portion thereof unless Licensee makes appropriate repairs or improvements to the Dock, at its sole cost and expense, to prevent or repair such damage or deterioration. All refueling of vessels shall be done solely at the Dock or in the Small Boat Harbor.

(4) Licensee may, but shall not be obligated to, install, attach or affix to the Dock an appropriate number of fenders to protect moored vessels, as Licensee may determine. Licensee's use of the Dock shall be at Licensee's sole risk, Licensor hereby informing Licensee that Licensor has reason to believe that the Dock is deteriorating and may therefore be unsafe and dangerous. Licensee will indemnify, defend and hold harmless Licensor and the Master Lessor, and their respective officers, directors, employees, agents, heirs, personal representatives, successors and assigns from and against all claims, actions, suits, damages, costs and expenses, including attorneys' fees, by whomsoever brought or made, by reason of Licensee's use of the Dock, using counsel approved by Licensor and the Master Lessor, at Licensee's sole cost and expense.

(5) In addition, Licensee shall have the exclusive right and license to use building 333 and the area within a 15-foot radius thereof, as shown on Exhibit C (the "Bunker"), for equipment and cold storage, electric generators, and other storage. Licensee's use of the Bunker shall be at Licensee's sole risk, Licensor hereby informing Licensee that Licensor has no knowledge of the condition of the Bunker. Licensee will indemnify, defend and hold harmless Licensor and the Master Lessor, and their respective officers, directors, employees, agents, heirs, personal representatives, successors and assigns from and against all claims, actions, suits, damages, costs and expenses, including attorneys' fees, by whomsoever brought or made, by reason of Licensee's use of the Bunker, using counsel approved by Licensor and the Master Lessor, at Licensee's sole cost and expense.

(6) Licensee's agents, employees, independent contractors and guests who visit Palmyra in support of Licensee's permitted operations and activities under this Agreement, including the crews of harvesting vessels, may use such areas of Palmyra

designated by Licensor and within the boundaries shown on Exhibit C and shaded on Exhibit B (subject to change by Licensor in its sole discretion from time to time), on a non-exclusive basis, for swimming, sunbathing and pedestrian exploration or sightseeing (but no sport fishing or diving), subject to Licensee's supervision and control; provided that such activities shall be undertaken at the sole risk of such persons and shall not adversely impact Palmyra's land or facilities or its plant or animal life. Prior to arrival, all persons permitted access to Palmyra pursuant to this Agreement shall agree in writing that such access shall be at their own risk and each such person shall agree to release, indemnify and hold Licensor and Master Lessor harmless from any loss, damage or liability arising in connection therewith.

(7) Except as permitted for pedestrian access under this Section 1.06; and except for Licensee's use of the vehicle access ways, the Small Boat Harbor, the Dock and the Bunker under this Section 1.06, the Base Camp described in Section 1.02 and the aircraft runway and apron described in Section 1.05; and except as permitted under Section 1.06(6); and except as necessary for the construction and maintenance of the alternative bird nesting area(s) under Section 1.05, Licensee, its agents, employees, independent contractors and guests shall be deemed trespassers on all other areas of Palmyra and Kingman Reef (including, without limitation, land areas, reef areas, sand flats and lagoons), except if Licensee has requested occupancy or use of other parts of Palmyra and Licensor has granted its approval (which may be withheld in Licensor's sole discretion or which may be conditioned upon restrictions such as location and time). Licensee will indemnify, defend and hold harmless Licensor and the Master Lessor, and their respective officers, directors, employees, agents, heirs, personal representatives, successors and assigns from and against all claims, actions, suits, damages, costs and expenses, including attorneys' fees, by whomsoever brought or made, by reason of any such trespass, using counsel approved by Licensor and the Master Lessor, at Licensee's sole cost and expense.

(8) Licensee shall not permit any vessel using the Small Boat Harbor or the Dock pursuant to this Agreement to undertake vessel maintenance or repairs except for emergency repairs and normal daily seagoing repairs and maintenance. Licensee shall not permit any vessel using the facilities of Palmyra under this Agreement to be abandoned or to remain at Palmyra in an inoperable condition longer than necessary for emergency repairs.

Section 1.07 Sales of Goods and Services. Licensor hereby grants to Licensee a non-exclusive right and license to sell goods and services from the Base Camp or the vessels described in Section 1.03 above, to its agents, employees, independent contractors and guests, to recreational vessels visiting Palmyra, and to the vessels described in Sections 1.03 (including, but not limited to, fish processing and shipping services); provided, however, that all goods and services sold to Licensee's agents, employees, independent contractors and guests shall be for their personal use and

shall not be resold, and all sales of goods and services to others shall be at reasonable market prices; provided, further, that Licensee may not conduct a separate supply business from the Base Camp or such vessels, it being the intent of this Section that Palmyra shall not be used as a supply or refueling place for any vessels other than those described in Section 1.03; and further provided, that Licensee may store fuel at Palmyra for use by Licensee's vessels and for sale by Licensee to the vessels described in Section 1.03 and as permitted by this Section, provided that (1) Licensee, at its sole cost and expense, complies with all federal laws and regulations applicable to fuel storage and distribution, including without limitation, obtaining and maintaining all required permits and approvals, and (2) Licensee shall designate an area within the Property for such fuel storage and distribution which shall not exceed 5,000 square feet, subject to Licensor's prior written approval (which approval shall not be unreasonably withheld).

Section 1.08 Agreement Subject to Rights and Reservations of Others.

(1) LESLIE VINCENT FULLARD-LEO, DUDLEY LEINANI FULLARD-LEO, and AINSLEY A.K. FULLARD-LEO, Trustees (collectively, "Master Lessor") are the current lessors under that certain Lease dated July 20, 1990 (the "Master Lease"), executed by Licensor as lessee, covering designated portions of Palmyra and Kingman Reef.

The Master Lessor reserved and excluded from the Master Lease, "Sand Island" which is shown on the Chart. Licensee acknowledges and agrees that as part of such reservation, the Master Lessor, its family and guests, have rights of use and access over the "Property" (hereinafter defined); provided, that the Master Lessor, its family and guests, do not interfere with the use of the Property by Licensee. Licensee acknowledges and agrees that this Agreement is subject to the foregoing exclusions, reservations and rights of the Master Lessor.

Licensor hereby discloses and Licensee hereby acknowledges, that the Cooper family may have an interest in islets one and two of "Home Island", as shown on the Chart, which comprises a portion of Palmyra, but which does not include any portion of the Property, but that the nature of said interest has not been determined. Licensee acknowledges and agrees that this Agreement is subject to said interest, if any.

Licensor also discloses and Licensee hereby acknowledges the following pending lawsuits involving Palmyra, Master Lessor and Licensor:

(a) Jerry Painter and Rachel B. Painter vs. The United States of America, Janet Reno, Bruce Babbit, Kathleen Hanawahine, Margery Bronster, John and Mary Does, Doe Government Organizations and Doe Partnerships and

Corporations, United States District Court for the District of Columbia, LCIV98001737; and

(b) Ainsley A.K. Fullard-Leo, as Trustee, Dudley L. Fullard-Leo, as Trustee, Leslie V. Fullard-Leo, as Trustee, and Palmyra Development Co., Inc. vs. Rachel Lahela Bolt aka Rachel Lahela Kekoa, by and through her attorney in fact Rachel B. Painter, Merle Painter, Jerry L. Painter and Doe Defendants, United States District Court for the District of Hawaii, Civil No. CV98-00975 SOM.

Licensee acknowledges and agrees that this Agreement is subject to the interest of the plaintiffs in the lawsuit described in subparagraph (a) above and the defendants in the lawsuit described in subparagraph (b) above, if any.

Licensor hereby discloses and Licensee hereby acknowledges, that there have been news reports that the State of Hawaii Office of Hawaiian Affairs claims an interest in Palmyra, but that the nature of said interest has not been determined. Licensee acknowledges and agrees that this Agreement is subject to said interest and the interest of any other native Hawaiian people or organizations, if any.

For purposes of this Agreement, the term "Property" means and includes all of the real property on Palmyra Atoll, together with all buildings and other improvements now or hereafter located thereon, which Licensee is entitled to use, occupy or enjoy, exclusively or non-exclusively, under this Agreement.

(2) Licensor hereby discloses and Licensee acknowledges, that the federal government and others have asserted claims regarding the ownership of Palmyra and Kingman Reef and their lagoons and territorial waters, which claims the Master Lessor has disputed. Licensee acknowledges and agrees that Licensor has not made and does not hereby make any representations or warranties, express or implied, regarding the nature or extent of Licensor's or Master Lessor's interest in Palmyra or Kingman Reef or in the lagoons or territorial waters thereof. Without limiting the generality of the foregoing, Licensor hereby discloses and Licensee hereby acknowledges, that while the Master Lessor believes that the Master Lessor has rights to Kingman Reef which are equal to or greater than Master Lessor's rights to Palmyra, the nature of the Master Lessor's interest in Kingman Reef has not been determined. All of Licensee's rights under this Agreement shall be solely as specified in this Agreement, and Licensee acknowledges and agrees that this Agreement is subject to the extent of Master Lessor's interest in Palmyra and Kingman Reef. Licensee further agrees that Licensor shall not be liable to Licensee or any other person, in the event that any person or entity enters Palmyra or Kingman Reef or their lagoons or territorial waters, for any purpose, absent a breach by Licensor of any covenant contained in this Agreement.

(3) Licensor and Licensee agree as follows:

(a) Master Lessor and Licensor may, in their sole discretion, but shall not be obligated to, defend their respective interests in and claims to Palmyra and Kingman Reef, Licensor's right to grant the license granted to Licensee under this Agreement and the validity and enforceability of this Agreement in accordance with its terms; provided that nothing herein shall require Master Lessor or Licensor to bring suit or join in any lawsuit. Master Lessor and Licensor may, in their sole discretion, but shall not be obligated to, cooperate with Licensee in the prosecution or defense by Licensee of any legal action or proceeding brought by or against Licensee (excluding any action brought by Licensor against Licensee or by Licensee against Licensor) in which Licensee's rights under this Agreement, or the validity or enforceability of those rights or this Agreement, may be adjudicated.

(b) If any person or governmental authority materially interferes with Licensee's permitted activities under this Agreement, then upon written notice to Licensor and payment of all accrued and unpaid amounts due to Licensor under this Agreement, Licensee may terminate this Agreement without further liability to Licensor. In the absence of a breach of this Agreement by Licensor, the foregoing shall constitute Licensee's sole and exclusive remedy as against Licensor and Master Lessor in the circumstances described. In the absence of a breach of this Agreement by Licensor, Licensee hereby waives and shall not have, claim or assert any other legal or equitable right or remedy, including, but not limited to, setoff, abatement, damages, specific performance or injunctive relief, against Licensor or Master Lessor, or any right or remedy in or against title to the Property, Palmyra, Kingman Reef or the waters thereof, and hereby waives and shall not be entitled to file or record any notice of pendency of action or lis pendens against the Property, Palmyra, Kingman Reef or the waters thereof, and such rights or claims shall not exist.

Section 1.09 Licensor's Rights. Licensee acknowledges and agrees that Licensor has reserved the right at any time to commence development activities, commercial operations, and/or take any other actions with respect to Palmyra and Kingman Reef, including, but not limited to, exercising Licensor's rights or granting rights to others which involve uses of the lands, waters or facilities as to which Licensee has been granted non-exclusive rights under this Agreement. Notwithstanding anything in this Agreement to the contrary, any act or omission of Licensor or any other person which does not violate Licensee's rights under this Agreement, shall not affect this Agreement or impose any liability on Licensor or be construed as a default by Licensor or constitute grounds for the reduction of the license fees payable by Licensee. Without limiting the generality of the foregoing, Licensor shall not be liable to Licensee for any inconvenience, interference, annoyance, loss or damage resulting from the exercise of Licensor's rights; provided that the rights of Licensee under this Agreement shall not be abridged thereby.

Section 1.10 Term. The term of this Agreement (the "Term") shall begin on the date of this Agreement and shall expire on the fifth (5th) anniversary of that date, unless extended or sooner terminated as provided herein.

Subject to the terms of this Section 1.10 and provided that this Agreement has not been earlier terminated in accordance with its terms, Licensee may extend the Term of this Agreement, upon the same terms and conditions as contained herein, from the fifth (5th) anniversary of the date of this Agreement until the tenth (10th) anniversary of the date of this Agreement, upon the following conditions: (i) Licensee shall deliver to Licensor written irrevocable notice of intent to extend the Term no earlier than one hundred eighty (180) days and no later than ninety (90) days prior to the expiration of the original Term of this Agreement, (ii) no event of default has occurred during the original Term under Section 10.01(j), (iii) not more than two (2) events of default have occurred during the original Term under Section 10.01 (excluding Section 10.01(j)), whether cured or not cured, (iv) no event of default has occurred which remains uncured at the time of notice of intent to extend is given or at the end of the original Term, and (v) no event has occurred which would become an event of default upon the mere passage of time shall remain uncured at the time notice is given or at the end of the original Term. Licensee shall not have any option to further extend the term of this Agreement.

Whether or not this Agreement is terminated under Section 10, Licensor may terminate the foregoing option to extend this Agreement upon the occurrence of (x) an event of default during the original Term under Section 10.01(j) or (y) three (3) events of default during the original Term under Section 10.01 (excluding Section 10.01(j)), whether cured or not cured. Licensor may terminate Licensee's option to extend the Term without terminating this Agreement, but if Licensor terminates this Agreement, then Licensee's option to extend the Term shall also terminate.

Licensor shall have thirty (30) days after Licensor's receipt of Licensee's notice of intent to extend the Term, to notify Licensee of Licensor's termination or acceptance of said extension; provided, however, that if at any time thereafter any of the events entitling Licensor to terminate Licensee's right to extend the Term occurs, then Licensor shall have ten (10) days to notify Licensee of such termination.

Section 1.11 Right of First Refusal. If at any time prior to the expiration of the Term or within ninety (90) days thereafter (the "Period"), Licensor receives an offer to conduct the commercial fishing and/or related transportation activities licensed by this Agreement after the expiration of the Term, which offer Licensor wishes to accept, then Licensor shall first notify Licensee in writing of Licensor's intention to accept said offer and shall send to Licensee the terms and conditions of such offer. Licensee shall have the right within ten (10) days after receipt of Licensor's written notification to accept the terms of said offer in its own name. If Licensee shall not so elect within said ten (10)

day period, Licensor may then grant such license(s) to any other person, provided the said license(s) shall be on the same terms and conditions as set forth in the proposed offer sent to Licensee. This right of first refusal shall terminate and be of no force or effect upon (a) expiration of the Period or (b) termination of this Agreement for any reason other than expiration of the Term, whichever occurs first.

Section 1.12 General Conditions. The following conditions shall apply to Licensee's exercise of its rights under this Agreement:

(1) All costs incurred by Licensee in connection with the rights granted to Licensee under this Agreement shall be paid by Licensee.

(2) At all times, Licensee shall not exceed the specific number of Licensee's agents, employees, independent contractors and guests which are specified in this Agreement. Licensee acknowledges and agrees that the provisions of this Agreement are based on the foregoing maximum number of persons, and the permitted number of persons shall not be increased without Licensor's prior written consent (which may be withheld in Licensor's sole discretion).

(3) No agents, employees, independent contractors or guests of Licensee shall remove anything from Palmyra or Kingman Reef (including, but not limited to, dead or live plants, animals), except for the fish caught pursuant to the license granted to Licensee under this Agreement, rats, derelict or abandoned equipment, refuse or debris removed for disposal with Licensor's approval, and any buildings, fixtures or equipment owned by Licensee, its agents, employees, independent contractors and guests, .

(4) Without the prior written consent of Licensor, which may be withheld in Licensor's sole discretion, no agents, employees, independent contractors or guests of Licensee shall bring any plants or animals to Palmyra or Kingman Reef.

(5) No motor vehicles shall be allowed on Palmyra, except those required for Licensee's operations under this Agreement and approved in writing by Licensor (which approval shall not be unreasonably withheld). In addition, no recreational vehicles or boats shall be allowed in the waters of Palmyra or Kingman Reef, including, but not limited to, water skis and boats, jet skis, sail boats, catamarans and motor boats.

(6) Licensee and its agents, employees, independent contractors and guests will comply with all federal laws applicable to Licensee's activities under this Agreement, including, but not limited to, the Endangered Species Act.

(7) Licensee shall use a certified scale for weighing all fish handled by Licensee pursuant to this Agreement.

(8) Licensee shall maintain written records of all of Licensee's activities and operations under this Agreement, in such detail as may be required by Licensor in its sole discretion from time to time, including, but not limited to, the types and quantities of fish (including bycatch species) caught by Licensee and others under Section 1.03 hereof, the names and addresses of all agents, employees, independent contractors and guests of Licensee under this Agreement, their purpose for going to Palmyra, the length of their stay, what types and how much fish were caught (including weight and number of each type or species), and such other information as Licensor may require from time to time in its sole discretion. Licensee shall prepare and deliver to Licensor copies of records summarizing its activities under this Agreement for each month of the Term on a quarterly basis within thirty (30) days after the end of each calendar quarter, or more frequently as Licensor may request from time to time in its sole discretion.

(9) The Property shall not be used for the business of shipping or transporting persons or cargo, or as a re-fueling stop for aircraft or boats, except to the extent expressly permitted under this Agreement. All such shipping, transportation and re-fueling shall be strictly in accordance with the provisions of this Agreement.

(10) No employees, agents, contractors or guests of Licensee may enter Palmyra or the waters of Kingman Reef, except to the extent and for the purposes permitted under this Agreement. Licensee shall not permit or cause any of its employees, agents, independent contractors or guests to enter Palmyra or the water surrounding Kingman Reef for any other purpose, without Licensor's prior written approval, which may be withheld in Licensor's sole discretion. Such approval, if granted, shall be subject to the following:

(a) All persons entering Palmyra shall enter at their sole risk; shall comply with all rules and regulations imposed by Licensor and enforced by Licensor's resident manager; shall in no event remove any dead or live plants, animals, fish, shellfish or other marine species from Palmyra or Kingman Reef, except as permitted under this Agreement; and shall check in and out with Licensor's resident manager at Palmyra; and

(b) All of Licensee's employees, agents, contractors and guests entering the Property will indemnify, defend and hold harmless Licensor and the Master Lessor, and their respective officers, directors, employees, agents, heirs, personal representatives, successors and assigns from and against all claims, actions, suits, damages, costs and expenses, including attorneys' fees, by whomsoever brought or made, arising out of such entry, at Licensee's or such persons' sole cost and expense.

(11) Licensor reserves the right in its sole discretion to adopt rules and regulations (similar to the United States customs and Hawaii agricultural inspection laws) prohibiting persons entering Palmyra from bringing harmful or dangerous substances or materials to Palmyra, including requiring Licensee and its agents, employees, independent contractors and guests to complete written declarations or other forms, and reserving to Licensor the right to inspect and to seize prohibited items.

(12) Licensee may use the existing water reservoir on Palmyra in case of emergency only, which shall be determined by Licensor's resident manager in his sole discretion.

(13) Licensee will keep the Property and all buildings and other improvements now or hereafter located thereon, which are used by the Licensee in connection with its activities and operations hereunder, in a manner which is safe for such activities and operations, and in good order and condition. All damage or injury done to the Property or any building or other improvement now or hereafter located thereon which is used by Licensee in connection with its activities and operations hereunder, by Licensee or by any of Licensee's agents, employees, independent contractors or guests, shall be repaired and paid for by Licensee, ordinary wear and tear excepted.

(14) Subject to the provisions of Section 16.16 of this Agreement, Licensee shall adopt, from time to time, rules and regulations to control and regulate the conduct and activities of its agents, employees, independent contractors and guests in connection with Licensee's operations under this Agreement, and for the health and safety of such persons; provided, however, that such rules and regulations shall not be inconsistent with this Agreement and shall not interfere with the use of Palmyra or Kingman Reef or the waters surrounding them, by Licensor, Master Lessor or any persons authorized by them. Licensee will indemnify, defend and hold harmless Licensor and the Master Lessor, and their respective officers, directors, employees, agents, heirs, personal representatives, successors and assigns from and against all claims, actions, suits, damages, costs and expenses, including attorneys' fees, by whomsoever brought or made, by reason of the nonobservance or nonperformance of said rules and regulations by Licensee or its agents, employees, independent contractors or guests, using counsel approved by Licensor and the Master Lessor, at Licensee's sole cost and expense.

(15) No land areas of Kingman Reef nor the waters shallower than 100 fathoms off Kingman Reef may be used or occupied by Licensee for any purpose. No land areas of Palmyra nor the waters surrounding Palmyra, may be used or occupied by Licensee except as specifically set forth in this Agreement.