# EXHIBIT B

# FIRST AMENDMENT TO LICENSE AGREEMENT

THIS FIRST AMENDMENT TO LICENSE AGREEMENT is entered into by and between Palmyra Development Co., Inc., as Licensor, and Palmyra Pacific Enterprises, LLC, as Licensee, (collectively, "the Parties") with reference to that certain License Agreement between them dated on or about June 18, 1999 ("License Agreement").

For good and sufficient consideration the receipt and sufficiency of which are acknowledged and in consideration of the mutual agreements herein contained, the Parties agree as follows:

The second paragraph of Section 8.01 of the License Agreement is hereby amended to read in its entirety as follows:

> An assignment shall be deemed to include any dissolution, merger, consolidation, or other reorganization of Licensee, or any sale or other transfer, by which either (i) fifty-one percent (51%) of the value of Licensee's assets become owned or controlled by any person other than Licensee and such occurrence is not in the ordinary course of Licensee's business, or (ii) a controlling percentage of the membership interests of Licensee becomes owned or controlled by any person other than one or more of Licensee's original members. If Licensee is a partnership, then an assignment shall also be deemed to include any transaction by which a controlling percentage of any general partner becomes owned or controlled by any person other than one or more of Licensee's original members. The phrase "controlling percentage" means the ownership of, and the right to vote, membership or partnership interests possessing at least a majority of the total combined voting power of all membership or partnership interests then entitled to vote on membership decisions. For purposes of this Section 8.01, Licensee's original members shall mean Frank Sorba and Bonnie Sorba, and in addition, but solely in the event of the death or long-term disability of Frank Sorba, Tab French, Michael P. Harris and Raymond Freeman. For purposes of the preceding sentence, "long-term disability" shall mean Frank Sorba's complete inability to serve as manager and chief executive officer of Palmyra Pacific Enterprises, LLC, due to disease, physical injury or physical impairment extending for a continuous period of 180 days or more, as certified by a medical doctor licensed by the State of Washington.

IN WITNESS WHEREOF, the undersigned Parties have caused their authorized representatives to execute this First Amendment to License Agreement as of the date first written above.

LICENSOR:

PALMYRA DEVELOPMENT CO., INC.

By [signature]
Peter Savio, President

Date: Nov 17, 2000

LICENSEE:

PALMYRA PACIFIC ENTERPRISES, LLC

By [signature]
Frank Sorba, Manager

Date. Nov 17, 2000

The undersigned hereby consent to the foregoing First Amendment to License Agreement.

LESLIE VINCENT FULLARD-LEO TRUST

By [signature]
Leslie Vincent Fullard-Leo, Trustee
Master Lessor

Date: 11/17/00

DUDLEY LEINANI FULLARD-LEO TRUST

By [signature]
Dudley Leinani Fullard-Leo, Trustee
Master Lessor

Date: 11/17/00

AINSLEY A. K. FULLARD-LEO TRUST

By [signature]
Ainsley A. K. Fullard-Leo, Trustee
Master Lessor

Date: 11/17/00