# EXHIBIT E

**[FILED DVD BY HAND]**