# EXHIBIT H

conservation plans. Assuming annual appropriations at the $50 million level, the Service will use a portion of available funds, not to exceed 20 percent, for grants to States to support plan/strategy development, subject to State cost sharing.

The Service will also use a portion of available funds, not to exceed 10 percent, for small project grants, recognizing that small projects that address a more localized high priority conservation need or take advantage of a short-term opportunity would otherwise not compete successfully with large scale, multi-faceted, and long term conservation projects.

Proposals for conservation projects, as opposed to planning proposals, must result in measurable on-the-ground habitat restoration or conservation. Project objectives should be consistent with existing conservation plans and strategies, such as Partners in Flight plans, the North American Waterfowl Management Plan, Shorebird Conservation Plans, and endangered species recovery plans. The Service will give priority to projects based on a set of ranking factors, including such items as: the extent of threats to habitat used by the species benefitted by the project; whether a project will benefit multiple species; whether a project brings in multiple partners, particularly partners across State lines, tribal partners or international partners; and the extent to which a project leverages federal funds. A project's total score will be a major factor in project selection, but geographic balance, feasibility, urgency of funding needs, the amount of funding required by a project compared with the total amount of funding available and other such factors may be used to select the final projects.

The Service will develop application procedures, standardized project proposal outlines and the criteria that will be used to rank proposals in coordination with the States and provide these to interested States when complete. Proposals will compete nationally for funding. A joint Federal-State panel will be assembled to assess and recommend priorities for proposals. Application procedures, standardized project proposal outlines, and the criteria that will be used to rank proposals will be available on or before March 1, 2001.

Dated: January 18, 2001.

**Jamie Rappaport Clark,**

*Director, U.S. Fish and Wildlife Service.*

[FR Doc. 01–2119 Filed 1–23–01; 8:45 am]

BILLING CODE 4310–55–P

## DEPARTMENT OF THE INTERIOR

### Fish and Wildlife Service

### Establishment of the Kingman Reef National Wildlife Refuge

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Notice.

**SUMMARY:** The Director of the U.S. Fish and Wildlife Service approved the establishment of the Kingman Reef National Wildlife Refuge in the central Pacific Ocean to protect the coral reef ecosystem for the benefit of the wildlife that live on the lands and in the waters of the refuge.

**DATES:** This action was effective on January 18, 2001.

**FOR FURTHER INFORMATION CONTACT:** Charles Houghten with the Fish and Wildlife Service in Portland, Oregon, 503–231–6207.

**SUPPLEMENTARY INFORMATION:** The Director of the U.S. Fish and Wildlife Service (we) approved the establishment of the Kingman Reef National Wildlife Refuge to protect approximately 25,874 acres (10,478.97 hectares) of submerged coral reefs, and includes a total of 483,699 acres (195,898.09 hectares) of submerged lands. The refuge boundary is designated to the extent of the 12-nautical mile (12 NM) territorial sea. In addition to a spectacular diversity of coral reef fishes, corals, and other marine organisms, Kingman Reef provides roosting, feeding and other essential habitat for migratory Pacific seabirds, and supports migratory shorebirds, and threatened green sea turtles.

The authority to establish the Kingman Reef National Wildlife Refuge is the Endangered Species Act of 1976, as amended (16 U.S.C. 1531–1544). The U.S. Navy has a defense reservation over Kingman Reef, but it may be revoked in the future. We have been delegated administrative jurisdiction and control of Kingman Reef, including the reefs and territorial waters surrounding the island, by the Secretary of the Interior for the purpose of carrying out the mission of the National Wildlife Refuge System in accordance with the National Wildlife Refuge System Administration Act of 1966, as amended (16 U.S.C. 668dd–668ee).

The refuge encompasses emergent lands, coral reefs, and submerged lands and associated waters to 12–NM. We will manage the refuge for the conservation and management of native species of wildlife and fish and their habitats. We will give wildlife species identified as endangered or threatened management priority and will emphasize the stewardship of endangered and threatened sea turtles, migratory seabirds that forage in the refuge waters, and the coral reef and pelagic wildlife. Our management actions include protection of the refuge waters and wildlife from commercial fishing activities, enhancement of the environment through the implementation of navigational guidelines and aids to navigation that will protect the shallow reefs from maritime groundings, periodic monitoring surveys of the coral reef environment, and periodic clearance of any marine debris. We will, through the establishment of the refuge, establish a no-take marine preserve in the waters of the refuge. Therefore, we will close the refuge to commercial fishing. We will also do scientific research and monitoring.

In compliance with our policy and the National Environmental Policy Act of 1969, we distributed an Environmental Assessment and a Conceptual Management Plan for a 30-day public review and comment period. We evaluated two alternatives for the protection and management of wildlife and habitat.

Based on the documentation contained in the revised Environmental Assessment and Conceptual Management Plan, we signed a Finding of No Significant Impact on January 17, 2001. The Conceptual Management Plan will serve as an interim management plan until we develop a Comprehensive Conservation Plan.

Dated: January 18, 2001.

**Jamie Rappaport Clark,**

*Director, U.S. Fish and Wildlife Service.*

[FR Doc. 01–2148 Filed 1–23–01; 8:45 am]

BILLING CODE 4310–55–P

## DEPARTMENT OF THE INTERIOR

### Fish and Wildlife Service

### Establishment of the Palmyra Atoll National Wildlife Refuge

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Notice.

**SUMMARY:** The Director of the U.S. Fish and Wildlife Service (we) approved the establishment of the Palmyra Atoll National Wildlife Refuge. Palmyra Atoll is a low-lying equatorial atoll in the Pacific Ocean that is a collection of islets, coral reefs, and waters that teem with wildlife.

**DATES:** This action was effective on January 18, 2001.

EXHIBIT 1

**FOR FURTHER INFORMATION CONTACT:** Charles Houghton with the U.S. Fish and Wildlife Service, (503) 231–6207.

**SUPPLEMENTARY INFORMATION:** The Palmyra Atoll National Wildlife Refuge will enable us to protect approximately 680 acres (275.30 hectares) of emergent lands, and approximately 515,232 acres (208,595.95 hectares) of submerged lands and associated waters, including approximately 16,094 acres (6,515.79 hectares) of coral reef habitat. The refuge boundary is the extent of the 12-nautical mile territorial sea. Privately owned emergent lands will be purchased from willing sellers. We will acquire submerged lands through a Secretarial Order transferring jurisdiction and control to us from the Office of Insular Affairs. The refuge establishment and management will allow us to conserve and recover endangered and threatened species, protect migratory birds and coral reef habitats, and contribute to the maintenance of the rich biological diversity of this remarkable atoll.

The authority to establish the Palmyra Atoll National Wildlife Refuge is found in the Endangered Species Act of 1976, as amended (16 U.S.C. 1531–1544). The transfer of jurisdiction and control of Palmyra, including the reefs and territorial waters surrounding the island, from the Office of Insular Affairs to the Fish and Wildlife Service will be accomplished by a Secretarial Order. We will manage Palmyra Atoll National Wildlife Refuge in accordance with the National Wildlife Refuge System Administration Act of 1966, as amended (16 U.S.C. 668dd–668ee).

We will, through the establishment of the refuge, establish a limited take marine preserve in the waters of the refuge. We will close the refuge to commercial fishing but will permit a low level of compatible recreational fishing for bonefishing and deep water sportfishing under programs that we will carefully manage to ensure compatibility with refuge purposes. We will manage the refuge for the conservation and management of native species of wildlife and fish and their habitats. Wildlife species identified as endangered or threatened will receive management priority, with a special emphasis on stewardship of endangered and threatened sea turtles, migratory seabirds that forage in the refuge waters, the coral reef, and pelagic wildlife. Management actions will include protection of the refuge waters and wildlife from commercial fishing activities, enhancement of the environment through the implementation of navigational guidelines and aids to navigation to protect the shallow reefs from maritime groundings, periodic monitoring surveys of coral reef environment, and periodic clearance of marine debris. Other management programs will include scientific research and monitoring.

In addition to compatible public fishing, we have developed opportunities to permit in designated portions of the atoll a limited level of compatible wildlife observation (in the form of SCUBA diving and snorkeling), environmental education and interpretation, and wildlife photography.

In compliance with our policy and the National Environmental Policy Act of 1969, as amended (42 U.S.C. 4321–4347), we distributed a draft Environmental Assessment, a draft Land Protection Plan, and a draft Conceptual Management Plan for a 30-day public review and comment period. We evaluated two alternatives for the protection and management of wildlife and habitat.

Based on the documentation contained in the revised Environmental Assessment, Land Protection Plan, and a Conceptual Management Plan, we signed a Finding of No Significant Impact on January 17, 2001. The Conceptual Management Plan will serve as an interim management plan until we develop a Comprehensive Conservation Plan.

Dated: January 18, 2001.

**Jamie Rappaport Clark,**

*Director, U.S. Fish and Wildlife Service.*

[FR Doc. 01–2149 Filed 1–23–01; 8:45 am]

BILLING CODE 4310–55–P

---

## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

[WY–048–00–1060–HI]

### Notice of Wild Horse Gathering Activity for Calendar Year 2001

**AGENCY:** Bureau of Land Management, Interior.

**SUMMARY:** The Rock Springs Field Office Wild Horse Environmental Assessment (WY–048–EA9–87) and Gathering Plan was released on May 21, 1999. The approved Decision Record was issued on July 14, 1999. The action analyzed and planned was not completed in 1999, or 2000 and is scheduled to continue through calendar year 2001. The planned gathering periods will be from February 1 through March 30, and from July 15, through the end of the calendar year, weather permitting. A Decision Record for gathering during February and March will be signed in February 2001. An Environmental Assessment (#WY–040–EA01–019) is currently being prepared and will be available for review and comment in January 2001.

**DATES:** February 1, through March 30, and July 15 through December 31, 2001.

**ADDRESSES:** 280 Highway 191 North, Rock Springs, Wyoming.

**FOR FURTHER INFORMATION CONTACT:** John S. McKee, Field Manager, Rock Springs Field Office, 280 Highway 191 North, Rock Springs, Wyoming 82901 (307–352–0200)

**John S. McKee,**

*Field Manager.*

[FR Doc. 01–1946 Filed 1–23–01; 8:45 am]

BILLING CODE 4310–22–U

---

## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

[NV–952–1420–BJ]

### Filing of Plats of Survey; Nevada

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Notice.

---

**SUMMARY:** The purpose of this notice is to inform the public and interested State and local government officials of the filing of Plats of Survey in Nevada.

**EFFECTIVE DATES:** Filing is effective at 10:00 a.m. on the dates indicated below.

**FOR FURTHER INFORMATION CONTACT:** Robert H. Thompson, Acting Chief, Branch of Geographic Services, Bureau of Land Management (BLM), Nevada State Office, 1340 Financial Blvd., P.O. Box 12000, Reno, Nevada 89520, 775–861–6541.

**SUPPLEMENTARY INFORMATION:**

1. The Plats of Survey of the following described lands were officially filed at the Nevada State Office, Reno, Nevada on October 12, 2000:

The plat, representing the dependent resurvey of a portion of the subdivisional lines, and the metes-and-bounds survey of the centerline of U.S. Highway 95, through section 13, Township 15 South, Range 49 East, Mount Diablo Meridian, Nevada, under Group 788, was accepted October 11, 2000.

The plat, in 3 sheets, representing the dependent resurvey of a portion of the west boundary, a portion of the subdivisional lines and the subdivision of a portion of section 18, and the metes-and-bounds survey of the centerline of U.S. Highway 95, through