# EXHIBIT I

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

ORDER NO. 3223

**Subject:** Kingman Reef National Wildlife Refuge

Sec. 1 **Purpose.** On September 1, 2000, the Department of the Interior accepted restoration of its administrative jurisdiction over Kingman Reef from the Department of the Navy. The purpose of this Order is to establish the Kingman Reef National Wildlife Refuge (Refuge) to be administered by the Director, United States Fish and Wildlife Service (Director). This action is taken to protect the natural character, including the fish, wildlife, plants, coral reef communities, and other resources of Kingman Reef and all reefs surrounding Kingman Reef.

Sec. 2 **Authority.** The authority for this Order is derived from: 1) 43 U.S.C. §1458; 2) the National Wildlife Refuge System Administration Act of 1966, as amended, 16 U.S.C. §§ 668dd; 3) Reorganization Plan No. 3 of 1950; 4) the Fish and Wildlife Act of 1956, 16 U.S.C. §742f; 5) Executive Order 13089 dated June 11, 1998; and 6) Presidential Proclamation 5928 of December 27, 1988, 54 Fed. Reg. 777.

Sec. 3 **Establishment, Delegation and Administration.** Kingman Reef National Wildlife Refuge is hereby established. The authority of the Secretary for the civil administration of the Refuge is hereby delegated through the Assistant Secretary, Fish and Wildlife and Parks to the Director. The Refuge shall consist of the emergent areas of Kingman Reef and also of its surrounding submerged lands and waters out to the twelve (12) nautical mile Territorial Sea Boundary. The Director shall manage the Refuge under all applicable laws, policies and regulations that govern the National Wildlife Refuge System. Refuge management shall be undertaken consistent with the administrative control and jurisdiction exercised by the Secretary of the Navy pursuant to Executive Order 6935 of December 29, 1934, and Executive Orders 8682 and 8729 of February 14, 1941, and April 2, 1941, until and unless such administrative control and jurisdiction is extinguished.

Sec. 4 **Effective Date.** This Order is effective immediately.

[signature]

Secretary of the Interior

Date: January 18, 2001