# In the United States Court of Federal Claims

**07-35L**

**Filed: April 16, 2007**

**PALMYRA PACIFIC SEAFOODS, L.L.C., et al.**

**v.**

**THE UNITED STATES**

VERIFIED FIRST AMENDED COMPLAINT
EXHIBIT E

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.