IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PALMYRA PACIFIC SEAFOODS, L.L.C., a Washington limited liability company; PALMYRA PACIFIC ENTERPRISES, L.L.C., a Washington limited liability company; PPE LIMITED PARTNERSHIP, a Washington limited partnership; KINGMAN REEF ENTERPRISES, L.L.C., a Washington limited liability company; AND FRANK SORBA, an individual, | ) | No. 07-35<br>Judge Bruggink |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, through and including July 13, 2007, within which to file its response to the amended complaint. Defendant's response is currently due on June 29, 2007. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

This motion is necessary to afford the Government sufficient time to review the litigation report and draft a response to the complaint. The undersigned received a litigation report from the agency on June 22, 2007. Upon an initial review of the report, Government counsel has determined that the issues require further research and investigation in order to appropriately respond to the complaint.

Also, since the amended complaint was filed, Government counsel had an unexpected personal matter arise, and will be on personal travel from June 27, 2007 through July 2, 2007.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Patricia M. McCarthy
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Tel: (202) 306-3689
Fax: (202) 305-7643

June 26, 2007

Attorneys for Defendant