No. 07-35C
(Judge Eric G. Bruggink)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

PALMYRA PACIFIC SEAFOODS, L.L.C., a Washington limited liability company; PALMYRA PACIFIC ENTERPRISES, L.L.C., a Washington limited liability company; PPE LIMITED PARTNERSHIP, a Washington limited partnership; KINGMAN REEF ENTERPRISES, L.L.C., a Washington limited liability company; and FRANK SORBA, an individual,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

---

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202)305-3689
Fax: (202)305-7643

OF COUNSEL:

Mariel J. Combs
Attorney
U.S. Department of Interior
Office of the Solicitor
Pacific Northwest Region
500 N.E. Multnomah Street
Suite 607
Portland, Oregon 97232

July 13, 2007

Attorneys for Defendant

**TABLE OF CONTENTS**

**PAGE(S)**

STATEMENT OF THE ISSUES .................................... 2

STATEMENT OF THE CASE ..................................... 2

I. Nature Of The Case ..................................... 2

II. Statement Of Facts .................................... 3

A. The Establishment Of Palmyra And Kingman Reef As National Wildlife Refuges ............... 3

B. The License And Sublicense Agreements .......... 6

SUMMARY OF ARGUMENT ........................................ 8

ARGUMENT ................................................... 9

I. Legal Standards ........................................ 9

II. Plaintiff's Fail To State A Takings Claim Upon Which Relief Can Be Granted .................. 10

A. Plaintiff's Failure To Demonstrate The Existence Of A Legally Cognizable Property Interest That Could Have Been Taken Is Fatal To Their Takings Claims .......................... 12

B. Plaintiff's Failure To Demonstrate The Existence Of A Compensable Property Interest Is Fatal To Their Takings Claims ..... 14

C. Plaintiff KRE Is Not A Party To The License Or Sublicenses Identified In The Amended Complaint, And, Therefore, Its Claims Should Be Dismissed Pursuant To RCFC 12(b)(6) ................................ 18

CONCLUSION ................................................ 19

# TABLE OF AUTHORITIES

## CASES

**PAGE(S)**

Alves v. United States,
133 F.3d 1454 (Fed. Cir. 1998) .......................... 13

American Pelagic Fishing Co. v. United States,
379 F.3d 1363 (Fed. Cir. 2004) .................. 11, 12, 14

Anderson v. Liberty Lobby, Inc.,
477 U.S. 242 (1986) ................................. 9, 10

Banknote Corp. of Am., Inc. v. United States,
365 F.3d 1345 (Fed. Cir. 2004) .......................... 15

Conti v. United States,
291 F.3d 1334 (Fed. Cir. 2002) ...................... passim

General Casualty Co. of Am. v. United States,
130 Ct. Cl. 127 F. Supp. 805,
cert. denied, 349 U.S. 938 (1955) ...................... 15

Gould, Inc. v. United States,
935 F.2d 1271 (Fed. Cir. 1991) .......................... 15

Klamath Irrigation Dist. v. United States,
67 Fed.Cl. 504 (2005) ................................... 15

Lucas v. South Carolina Coastal Council,
505 U.S. 1003 (1992) .................................... 12

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) ........................... 9

Penn Central Transp. Co. v. New York City,
438 U.S. 104 (1978) ..................................... 11

Pennsylvania Coal Co. v. Mahon,
260 U.S. 393 (1922) ..................................... 11

Perez v. United States,
156 F.3d 1366 (Fed. Cir. 1998) ........................... 9

Pollard's Lessee v. Hagen,
44 U.S. 212 (1845) .................................... 6

Ponder v. United States,
117 F.3d 549 (Fed. Cir. 1997) .......................... 9

Ralph Larson & Son, Inc. v. United States,
17 Cl. Ct. 39 (1989) ................................ 10

United States v. California,
332 U.S. 19 (1947) .................................... 6

United States v. Fuller,
409 U.S. 488 (1973) ............................... 12, 14

Varilease Technology Group, Inc. v. United States,
289 F.3d 795 (Fed. Cir. 2002) .......................... 1

**STATUTES**

16 U.S.C. § 668dd(a) ...................................... 5

40 U.S.C. § 524(b) ........................................ 5

Exec. Order No. 6935 (December 29, 1934) .................... 4

Exec. Order No. 8682 ...................................... 4

48 Fed. Reg. 10,605 (March 10, 1983) ...................... 15