# EXHIBIT C

DEPARTMENT OF THE NAVY
OFFICE OF THE ASSISTANT SECRETARY
(INSTALLATIONS AND ENVIRONMENT)
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

EXHIBIT Q

AUG 25 2000

The Honorable M. John Berry
Assistant Secretary of the Interior
for Policy, Management and Budget
The United States Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Dear Assistant Secretary Berry:

Control over and administrative jurisdiction of Kingman Reef, together with all reefs surrounding such island, located approximately 925 miles southwest of Honolulu, Hawaii, have been identified as excess to the Department of Defense requirements. The United States Department of the Interior has indicated that it will accept restoration of its administrative jurisdiction of Kingman Reef and all reefs surrounding such island.

Pursuant to the authority vested in the Administrator of General Services by the provisions of 40 U.S.C. 483 and delegated to the Secretary of Defense by 41 CFR 101-47-601 and redelegated to the Secretary of the Navy by DOD Directive 5160.63, I hereby relinquish and transfer to the Department of the Interior, without reimbursement, custody and accountability for Kingman Reef. Further, it is understood that the Secretary of the Interior, pursuant to 43 U.S.C. 1458, will exercise all the powers and perform all the duties in relation to this territory of the United States.

Administrative jurisdiction and control of Kingman Reef and the reefs and territorial waters surrounding such island are currently under the jurisdiction of the Department of the Navy, as provided and described in Executive Order No. 6935, dated December 29, 1934 and can only be revoked by the President of the United States or by Act of Congress. Thus, administrative jurisdiction and control shall remain with the Department of the Navy until the entry by President of an Executive Order revoking Executive Order No. 6935 as it pertains to Kingman Reef. The enclosed proposed Executive Order would accomplish that revocation and also disestablish the Kingman Reef Naval Defense Sea Area and the Kingman Reef Naval Airspace Reservation established by Executive Order 8682, as amended by Executive Order 8729.

I have enclosed a map of Kingman Reef and copies of the existing Executive Orders. The Navy has determined that there are no environmental concerns with Kingman Reef and that this property is suitable for transfer to another Federal agency.

EXHIBIT 9

The Pacific Division of the Naval Facilities Engineering Command will be responsible for implementing the relinquishment and transfer of the Kingman Reef to your agency. The Commanding Officer of the Pacific Division may be reached at the following address:

Rear Admiral Charles R. Kubic, CEC, USN
Commander, Pacific Division
Naval Facilities Engineering Command
Building 258, Makalapa
Pearl Harbor, Hawaii 96860-7300
Telephone: (808) 474-1141

I request that you acknowledge the Department of the Interior's acceptance of transfer of custody and accountability for Kingman Reef by return of a copy of this letter with an original signature for the below acknowledgement of your acceptance. Upon receipt of your acceptance, the Department of the Navy will submit the proposed Executive Order to the Office of Management and Budget in accordance with 1 CFR Part 19.

Sincerely,

Duncan Holaday
Deputy Assistant Secretary
(Installations and Facilities)

Attachments
1. Executive Order No. 6935 dtd 29 Dec 34
2. Map of Kingman Reef
3. Executive Order No. 8682 dtd 14 Feb 41
4. Executive Order No. 8729 dtd 2 Apr 41
5. Draft Executive Order

**Acknowledgement of the Acceptance of Transfer for Custody of and Accountability for the Kingman Reef.**

Assistant Secretary of the Interior
For Policy, Management and Budget

Date 9/1/2000



TOTAL P.03