# EXHIBIT D

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2003

at 9 o'clock and 54 min. a M.
WALTER A. Y. H. CHINN, CLERK

After Recordation, Please Return By: **Mail ( )** **Pick-up ( )**

Georgia Shirilla, Realty Specialist
U.S. Fish and Wildlife Service
911 N.E. 11th Avenue
Portland, OR 97232

TG: 200256625
TGE: A2-101-4336
BARBARA PAULO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

DEED
By and between
THE NATURE CONSERVANCY, a District of Columbia non-profit corporation
AND
UNITED STATES OF AMERICA, acting by and through the Fish and Wildlife Service



34

**DEED**

The Grantor, The Nature Conservancy, a District of Columbia nonprofit corporation, for and in consideration of the sum of Eight Million Nine Hundred Thousand and No/100 Dollars ($8,900,000.00), in lawful money of the United States, to it paid by the United States of America, Grantee, the receipt whereof is hereby acknowledged, does hereby convey, without warranty except as hereinafter expressly provided, to the United States of America and its assigns, all of the following described real property (the "Property"), containing 415.75 acres, more or less to wit:

The following described tract of land is located at Palmyra Island, in the Pacific Ocean, situate approximately 1000 miles south of Oahu, Hawaii, being a portion of the lands described in Land Court Transfer Certificate of Title No. 2116, and as shown on Map 3 of Land Court Application 223, Territory of Hawaii (1949), and further described in Transfer Certificate of Title No. 69,311; said tract is more particularly described as follows:

**ALL OF PALMYRA ISLAND, NORTH PACIFIC OCEAN.**

Palmyra Island consists of a group of islets surrounded by a coral reef, which extends about 5-2/3 sea miles in an easterly and westerly direction and is about 1-1/3 sea miles wide.

The point of observation is about midway between the ends of the reef on the south side of the island and is north latitude 5° 49' 04" and west longitude 162° 11' 29".

**SAVING AND EXCEPTING THEREFROM** the following areas:

1) All emergent lands of Cooper and Menge Islands being southwesterly of a northeasterly line of "Area D", said line being between two pipes in concrete marked "12" and "13", and easterly of a westerly line of "Area A", said line being between two pipes in concrete marked "3" and "4", all as shown on above said Land Court Application 223, Map 3.

2) Emergent lands containing known or suspected environmental contamination identified and described in Exhibit "A", attached hereto and made a part hereof.

3) All emergent lands of Strawn Island, being westerly of a westerly line of "Area A", said line being between two pipes in concrete marked "3" and "4", as shown on above said Land Court Application 223, Map 3;

4) All emergent lands of Paradise Island, being easterly of a westerly line of "Area F", said line being between two pipes in concrete marked "16" and "17", as shown on above said Land Court Application 223, Map 3.

5) Islets Numbers One and Two known as "Home Island", as indicated by Subdivision Map filed in the Land Court, traced from map of Land Court Application No. 223, which exception is contained in DEED dated August 19, 1922, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Land Court Document No. 3501, and for which Transfer Certificate of Title No. 9756 was issued on October 8, 1930, to ALFRED DYKES COOPER, unmarried; WALLACE MCKAY COOPER, married to Isabel Baker Cooper; ALICE GERTRUDE BAILEY, married to George William Bailey; IRENE COOPER HUSTVEDT, married to Olaf Mandt Hustvedt; YSABEL G PINE, married to James Pine; and FRANCIS JUDD COOPER, married to Hazel Gilmore Cooper; and

6) Kingman Reef (including its beaches and lagoons), which lies approximately 33 miles northwest of Palmyra Atoll.

-NOTE:- Portions of Palmyra Island have been subdivided as shown on said Map 3 as follows:

SUBDIVISION OF COOPER AND MENGE ISLANDS INTO:

AREAS: A, area 16.83 acres,
B, area 36.74 acres,
C, area 2.40 acres, and
D, area 172.69 acres;

SUBDIVISION OF PARADISE ISLAND INTO:

AREAS: E, area 8.01 acres, and
F, area 5.77 acres.

**TOGETHER WITH** the following described access easement:

Grantee shall have a non-exclusive access easement over and across the existing roadways, pathways, airstrip and apron and docks, including, but not limited to, the right to use any and all airfield facilities and all boat docking facilities, including auxiliary facilities, that may exist currently and in the future, located on the following property:

All emergent lands of Cooper and Menge Islands being southwesterly of a northeasterly line of "Area D", said line being between two pipes in concrete marked "12" and "13", and easterly of a westerly line of "Area A", said line being between two pipes in concrete marked "3" and "4", all as shown on Map 3 of Land Court Application 223, Territory of Hawaii (1949), and further described in Transfer Certificate of Title No. 69,311.

**SUBJECT, HOWEVER, TO each of the following:**

1. A License Agreement dated July 1, 1999, by and between Palmyra Development Co., Inc., and Palmyra Pacific Enterprises, LLC.

2. Treasure ownership rights of the Fullard-Leo family, being a twenty-five percent (25%) interest in all treasure, if any, found on Tract (10) described above, in accordance with that certain Deed and its attached Exhibit "A" bearing the effective date of November 20, 2000, by and among Leslie Vincent Fullard-Leo, as Trustee of his Living Trust, Ainsley A.K. Fullard-Leo, as Trustee of his Living Trust, Dudley Leinani Fullard-Leo, as Trustee of his Trust and The Nature Conservancy wherein the reservation of treasure rights is described; provided that such payment, if any, by the United States in connection with such treasure ownership rights shall not exceed appropriations available at that time.

3. Designation of Easements "1" and "2", shown on Map 3, as set forth by Land Court Order No. 8986, filed April 27, 1949

4. The jurisdiction of and any rights the United States of America may have over or in the premises described herein, including without limitation, the jurisdiction of the United States Army Corps of Engineers, the United States Coast Guard, and any public rights of navigable servitude or other servitudes or easements.

5. Location of the seaward boundary in accordance with applicable laws and shoreline setback line in accordance with applicable regulation and/or ordinance and the effect, if any, upon the area of the land described herein.

6. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes.

The Grantor hereby covenants to and with the UNITED STATES OF AMERICA and its assigns, that Grantor is lawfully seized in fee simple of the above-granted real property and has a good and lawful right and power to sell and convey the same.

The Grantor hereby represents and warrants solely to the Grantee and no other person or entity, that the Grantor has not sold, conveyed, leased, licensed or encumbered the Property, except as described in this Deed.

This land is being acquired by the United States Fish and Wildlife Service, Department of the Interior, located at 911 N.E. 11th Street, Portland, OR 97232.

**TO HAVE AND TO HOLD** the above granted and described premises together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging, or in anywise appertaining, unto the UNITED STATES OF AMERICA and its assigns, forever.

Dated this 20th day of MARCH, 2003

THE NATURE CONSERVANCY, a District of Columbia non-profit corporation:

By: [signature]
Suzanne D. Case

Its: Assistant Secretary

ACKNOWLEDGMENT

STATE OF Hawaii )
) ss.
CITY & COUNTY OF Honolulu )

On this 20th day of March, 2003, before me
BARBARA PAULO,

a Notary Public, personally appeared **SUZANNE D. CASE,** to me personally known, who, being by duly sworn, did say that she is the Assistant Secretary of The Nature Conservancy, a District of Columbia nonprofit corporation and that said instrument was signed on behalf of said corporation by authority of its Board of Directors, and the same officer acknowledged said instrument to be the free act and deed of said corporation.

WITNESS my hand and official seal.

Barbara T. Paulo
(Signature)

BARBARA T. PAULO
My commission expires: Expiration Date: June 14, 2004

# Exhibit A

## Map List

Palmyra Atoll land sites with known or suspected contaminants proposed for withdrawl from sale.

Map 1. Strawn Islet. Map 1. Strawn Islet. This site has debris in an area ~30' X 30' on land and extending into the water. It consists of wire, glass, metal debris, and a few ceramic insulators.

Map 2. Aviation Islet. This site is approximately 30' x 30' on land and extends into the water. It appears to be a former dump and contains metal debris, wire, glass, and ceramic insulators.

Map 3. Quail Islet. The site is called the "Black Lagoon". This large shoreline and intertidal dump contains large amounts of metallic debris including drums, shells and bombs. Cadmium, copper, lead, and zinc have been detected there. Size of the land area is approximately 52,000 square feet.

Map 4. Whippoorwill Islet. This site has debris in an area of ~30' by 30' that extends into the water. It appears to be a former dump and cadmium has been detected there.

Map 5. Barren Islet. The entire island is suspected of having unexploded ordnance. There is a pile of discarded batteries at the north end.

Map 6. Engineer Islet and North-South Causeway. Engineer Islet and North-South Causeway. The hospital building on Engineer Island is approximately 150' x 90' and includes the hospital building and associated structures adjacent to the building. A crumbling asbestos pipe is found inside the building. The portion of the causeway site that is above water is estimated to be 6,704 sq. ft. It consists of metal debris, wire, and glass. The debris continues into the water.

Map 7. Kaula Islet. This site has debris within an area ~30' by 30' on land and extending into the water. It consists of wire, metal debris, glass, and a few ceramic insulators. Copper and lead have been detected here.

Map 8. Paradise Islet. Paradise Island Transformer building. This 20' X 20' building site had transformers and formerly an above ground storage tank. PCBs, lead, and arsenic have been detected here.

Map 9. Sand Islet. Sand Island Camp Site. This site (~ 30' x 30') has metal barrels. Arsenic and lead have been detected here.

Phyllis Ha
08/20/2002 01:45 PM

To: Georgia Shirilla/RO/R1/FWS/DOI@FWS
cc: David Drescher/RO/R1/FWS/DOI@FWS
Subject: acreages

| Table of attributes of Palmyra contaminated areas. | | | | | | |
|---|---|---|---|---|---|---|
| Updated: 8/16/02 Palmyra.apr | | | | | | |
| | | | | | | |
| "ID" | "Area" | "Perimeter" | "Hectares" | "sq.ft" | "acres2" | "sitename" |
| 0 | 83.695 | 36.594 | 0.008 | 901 | 0.0198 | Strawn Site |
| 0 | 83.748 | 36.606 | 0.008 | 901 | 0.0198 | Aviation Site |
| 0 | 4896.232 | 344.266 | 0.490 | 52683 | 1.2108 | Blk Lagoon Quail |
| 0 | 83.137 | 36.472 | 0.008 | 895 | 0.0198 | Whippoorwill Sit |
| 0 | 37.156 | 24.382 | 0.004 | 400 | 0.0099 | Paradise Is. |
| 0 | 84.816 | 36.838 | 0.008 | 913 | 0.0198 | Kaula Is. |
| 0 | 84.138 | 36.691 | 0.008 | 905 | 0.0198 | Sand Is. Site |
| 0 | 1247.519 | 146.203 | 0.125 | 13423 | 0.3089 | Hospital / Engin |
| 0 | 623.028 | 104.384 | 0.062 | 6704 | 0.1532 | Causeway site |
| 0 | 29395.522 | 1507.883 | 2.940 | 0 | 7.2647 | Barren Is. |
| | | | | | | |
| | | | Total | | 9.0465 | |
| | | | | | | |

---

Phyllis Ha
Senior Staff Ecologist
Pacific Islands Refuge Planning Office
300 Ala Moana Blvd., Room 3-122
Honolulu, Hawaii 96850
Phone: (808) 541-2749
Fax: (808) 541-2756
email: phyllis_ha@fws.gov

# Palmyra Atoll Contaminated Sites Maps Locator Map




Plot date: 8/16/02. P.He from USFWS/NOAA data.

Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.
Map 1. Strawn Islet.




Palmyra.apr : Strawn 8/16/02. PH: USFWS/NOAA data.

Map 1. Strawn Islet. This site has debris in an area ~30' X 30' on land and extending the water. Debris includes wire, glass, n ... l debris, and a few ceramic insulators.

Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.
Map 2. Aviation Islet.




Map 2. Aviation Islet. This site is approximately 30' x 30' on land and extends into the water. appears to be a former dump and contains tal debris, wire, glass, and ceramic insul s.

# Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.

## Map 3. Quail Islet.




Map 3. Quail Islet. The site is called the "Black Lagoon". This large shoreline and intertidal dump contains large amounts of metallic debris including drums shells and bombs. Cadmium, copper, lead, and zinc h[illegible] een detected there. Size of the affected land are[illegible] pproximately 52,000 square feet.

Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.
Map 4: Whippoorwill Islet.




Palmyra.apr : Whippoorwill 08/10/02. Fil: USFWS/NOAA data.

4. Whippoorwill Islet. This site has deb[illegible] an area of ~30' by 30' that extends

# Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.
## Map 5. Barren Island




Map 5. Barren Island. The entire islet is suspected of having unexploded ordnance. There is a pile of discarded batteries at the north end.

# Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.
# Map 6. Engineer Islet.




Palmyra.apr : Engineer 00/16/01. Pll: USFWS/NOAA data.

Map 6. Engineer Islet and North-South Causeway. The hospital building on Engineer Island is approximately 150' x 90' and includes the hospital building and associated structure acent to the building. Crumbling asbestos pipes are fo le the building. The portion of the causeway site that is e water is estimated to be 6,704 sq. ft.. It consists of tal debris, wire, and glass. The debris continues into the water

file://D:\temp\map6.jpg

Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.
Map 7. Kaula Islet.




Palmyramap : Kaula. 08/1001. PII: USFWS/HIOAA data.

Map 7. Kaula Islet. This site has debris within an area ~30' by 30' on land and extending 'o the water. It consists of wire, metal debris, gl and a few ceramic insulators. Copper and ıd have been detected here.

# Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.

## Map 8. Paradise Islet.




Palmyra.apr : Paradise. 8/10/02. FII: USFWS/NOAA data.

Map 8. Paradise Islet. Transformer building. This 20' X 20' building site had transformers and merly an above ground storage tank. PCBs, l, and arsenic have been detected here.

# Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.

## Map 9. Sand Island.




Palmyra.apr: Sand Is. 08/10/02. PH: USFWS/NOAA data.

Map 9. Sand Island Camp Site. This site (~ 30' x 30') has metal barrels. Arsenic and lead have been detected here.