# EXHIBIT E

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2005

at 9 o'clock and 55 min. A M
SUE BEITIA, CLERK

After Recordation, Please Return by: Mail ( ) Pick-up ( )

Georgia Shirilla, Chief
Branch of Realty
U.S. Fish and Wildlife Service
911 NE 11th Avenue
Portland, OR 97232

TG- 200520595-S
Escrow # H5-101-1231
Barbara Paulo/BST

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

DEED
By and Between
THE NATURE CONSERVANCY, a District of Columbia non-profit Corporation
AND
UNITED STATES OF AMERICA, acting by and through the Fish and Wildlife Service

LA-Pacific Islands
Palmyra Atoll NWR
TNC (10a,b)

**DEED**

The Grantor, The Nature Conservancy, a District of Columbia non-profit corporation, for and in consideration of the sum of Six Hundred Thousand and No/100 Dollars ($600,000), in lawful money of the United States, to it paid by the United States of America, Grantee, the receipt whereof is hereby acknowledged, does hereby convey, without warranty except as hereinafter expressly provided, to the United States of America and its assigns, all of the following described real property (the "Property"), containing 28.20 acres, more of less to wit:

The following described tract of land is located at Palmyra Island, in the Pacific Ocean, situate approximately 1000 miles south of Oahu, Hawaii, being a portion of the lands described in Land Court Transfer Certificate of Title No., 2116, and as shown on Map 3 of Land Court Application 223, Territory of Hawaii (1949), and further described in Transfer Certificate of Title No. 69,311; said tract is more particularly described as follows:

All emergent lands of Strawn Island, being westerly of a westerly line of "Area A:, said line being between two pipes in concrete marked "3" and "4", as shown on above said Land Court Application 223, Map 3;

AND

All emergent lands of Paradise Island, being easterly of a westerly line of "Area F", said line being between two pipes in concrete marked "16" and "17", as shown on above said Land Court Application 223, Map 3.

**SAVING AND EXCEPTING THEREFROM** the following area:

The emergent lands containing known or suspected environmental contamination identified and described in Exhibit "A", attached hereto and made a part hereof.

**SUBJECT, HOWEVER, TO each of the following:**

1. A License Agreement dated July 1, 1999, by and between Palmyra Development Co., Inc., and Palmyra Pacific Enterprises, LLC. and Assignment.

2. Treasure ownership rights of the Fullard-Leo family, being a twenty-five percent (25%) interest in all treasure, if any, found on Tract (10) described above, in accordance with that certain Deed and its attached Exhibit "A" bearing the effective date of November 20, 2000, by and among Leslie Vincent Fullard-Leo, as Trustee of his Living Trust, Ainsley A.K. Fullard-Leo, as Trustee of his Living Trust, Dudley Leinani Fullard-Leo, as Trustee of his Trust and The Nature Conservancy wherein the reservation of treasure rights is described; provided that such payment, if any, by the United States in

connection with such treasure ownership rights shall not exceed appropriations available at that time.

3. Designation of Easement "1", shown on Map 3, as set forth by Land Court Order No. 8986, filed April 27, 1949.

4. The jurisdiction of and any rights the United States of America may have over or in the premises described herein, including without limitation, the jurisdiction of the United States Army Corps of Engineers, the United States Coast Guard, and any public rights of navigable servitude or other servitudes or easements.

5. Location of the seaward boundary in accordance with applicable laws and shoreline setback line in accordance with applicable regulation and/or ordinance and the effect, if any, upon the area of the land described herein.

6. Claims arising out of customary and traditional rights and practices, including without limitation those exercised for subsistence, cultural, religious, access or gathering purposes.

7. Rights or claims of persons or entities other than the insured involving or arising out of water; fishing; navigation; wetlands; or creation or loss of the land or any portion thereof by accretion, avulsion or artificial means,

8. The terms and provisions contained in Department of the Interior Secretarial Order No. 3224, filed as Document No. 33 in the District Court of the United States for the District of Hawaii on February 15, 2001.

The Grantor hereby covenants to and with the UNITED STATES OF AMERICA and its assigns, that Grantor is lawfully seized in fee simple of the above-granted real property and has a good and lawful right and power to sell and convey the same.

The Grantor hereby represents and warrants solely to the Grantee and no other person or entity, that the Grantor has not sold, conveyed, leased, licensed or encumbered the Property, except as described in this Deed.

This land is being acquired by the United States Fish and Wildlife Service, Department of the Interior, located at 911 N.E. 11th Avenue, Portland, OR 97232.

TO HAVE AND TO HOLD the above granted and described premises together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging, or in anywise appertaining, unto the UNITED STATES OF AMERICA and its assigns, forever.

Dated this 12th day of September, 2006

THE NATURE CONSERVANCY, a District of Columbia non-profit Corporation:

BY: [signature]

ITS: Hawaii State Director/ Assistant Secretary

ACKNOWEDGMENT

STATE OF HAWAII )

CITY & COUNTY OF HONOLULU )

On this 12TH day of SEPTEMBER, 2006, before me JANICE RENEE YOSHIOKA, a Notary Public, personally appeared SUZANNE D. CASE to me personally know, who, being duly sworn, did say that she is the HAWAII STATE DIRECTOR & ASSISTANT SECRETARY of The Nature Conservancy, a District of Columbia non-profit corporation and that said instrument was signed on behalf of said corporation by authority of its Board of Directors, and the same officer acknowledged said instrument to be the free act and deed of said corporation.

WITNESS my hand and official seal.

[signature]
(Signature)

My commission expires: 8-20-2008

Exhibit A

Map List

Palmyra Atoll land sites with known or suspected contaminants proposed for withdrawl from sale.

Map 1. Strawn Islet Map 1. Strawn Islet. This site has debris in an area ~30' X 30' on land and extending into the water. It consists of wire, glass, metal debris, and a few ceramic insulators.

[illegible] It appears to be a former dump and contains metal debris, wire, glass, and ceramic insulators.

Map 3. Quail Islet. The site is called the "Black Lagoon". This large shoreline and intertidal dump contains large amounts of metallic debris including drums, shells and bombs. Cadmium, copper, lead, and zinc have been detected there. Size of the land area is approximately 52,000 square feet.

Map 4. Whippoorwill Islet. This site has debris in an area of ~30' by 30' that extends into the water. It appears to be a former dump and cadmium has been detected there.

Map 5. Barren Islet. The entire island is suspected of having unexploded ordnance. There is a pile of discarded batteries at the north end.

Map 6. Engineer Islet and North-South Causeway. Engineer Islet and North-South Causeway. The hospital building on Engineer Island is approximately 150' x 90' and includes the hospital building and associated structures adjacent to the building. A crumbling asbestos pipe is found inside the building. The portion of the causeway site that is above water is estimated to be 6,704 sq. ft. It consists of metal debris, wire, and glass. The debris continues into the water.

Map 7. Kaula Islet. This site has debris within an area ~30' by 30' on land and extending into the water. It consists of wire, metal debris, glass, and a few ceramic insulators. Copper and lead have been detected here.

Map 8. Paradise Islet. Paradise Island Transformer building. This 20' X 20' building site had transformers and formerly an above ground storage tank. PCBs, lead, and arsenic have been detected here.

Map 9. Sand Islet. Sand Island Camp Site. This site (~ 30' x 30') has metal barrels. Arsenic [illegible]

Phyllis Ha
08/20/2002 01:43 PM

To: Georgia Shirilla/RO/R1/FWS/DOI@FWS
cc: David Drescher/RO/R1/FWS/DOI@FWS
Subject: acreages

| | | | | | | |
|---|---|---|---|---|---|---|
| Table of attribu tes of Palmy ra conta minat ed areas. | | | | | | |
| Updat ed: 8/16/0 2 Palmy ra.apr | | | | | | |
| | | | | | | |
| "ID" | "Area" | "Perimeter" | "Hectares" | "sq.ft" | "acres2" | "sitename" |
| 0 | 83.695 | 36.594 | 0.008 | 901 | 0.0198 | Strawn Site |
| 0 | 83.748 | 36.606 | 0.008 | 901 | 0.0198 | Aviation Site |
| 0 | 4896.232 | 344.266 | 0.490 | 52823 | 1.2108 | Blk Lagoon Quail |
| 0 | 83.137 | 36.472 | 0.008 | 895 | 0.0198 | Whippoorwill Sit |
| 0 | 37.156 | 24.382 | 0.004 | 400 | 0.0099 | Paradise Is. |
| 0 | 84.816 | 36.838 | 0.008 | 913 | 0.0198 | Kaula Is. |
| 0 | 84.138 | 36.891 | 0.008 | 905 | 0.0198 | Sand Is. Site |
| 0 | 1247.519 | 146.203 | 0.125 | 13423 | 0.3089 | Hospital / Engin |
| 0 | 623.028 | 104.384 | 0.062 | 6704 | 0.1532 | Causeway site |
| 0 | 29395.522 | 1507.883 | 2.940 | 0 | 7.2647 | Barren Is. |
| | | | | | | |
| | | | Total | | 9.0465 | |
| | | | | | | |

Phyllis Ha
Senior Staff Ecologist
Pacific Islands Refuge Planning Office
300 Ala Moana Blvd., Room 3-122
Honolulu, Hawaii 96850
Phone: (808) 541-2749
Fax: (808) 541-2756
email: phyllis_ha@fws.gov




Plot date: 8/16/02. P.H. from USFWS/NOAA data.

# Sites at Palmyra Atoll with known or suspected contaminants and proposed for withdrawl from sale.

## Map 1. Strawn Islet.




Map 1. Strawn Islet. This site has debris in a[illegible] area ~30' X 30' on land and extending in[illegible] the water. Debris includes wire, glass, [illegible] debris, and a few ceramic insulators.