IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PALMYRA PACIFIC SEAFOODS, L.L.C., a Washington limited liability company; PALMYRA PACIFIC ENTERPRISES, L.L.C., a Washington limited liability company; PPE LIMITED PARTNERSHIP, a Washington limited partnership; KINGMAN REEF ENTERPRISES, L.L.C., a Washington limited liability company; AND FRANK SORBA, an individual, | ) | No. 07-35<br>Judge Bruggink |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 12-day enlargement of time, through and including September 5, 2007, within which to file its reply to plaintiff's response to defendant's motion to dismiss, or, in the alternative, for summary judgment. Defendant's response is currently due on August 24, 2007. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

This motion is necessary to afford the Government sufficient time to draft a reply to plaintiff's response and to obtain the necessary internal approvals for that reply. Plaintiff's response was filed on August 10, 2007. One of defendant's attorneys who must review and provide comments to the draft was out of the office from August 10th thru August 20th and the

undersigned counsel is scheduled to be out of the office from August 21st thru August 24th.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Tel: (202) 306-3689
Fax: (202) 305-7643

August 21, 2007

Attorneys for Defendant