# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PALMYRA PACIFIC SEAFOODS, L.L.C., *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 07-35L |
| **THE UNITED STATES,** | * | (Filed Sept. 10, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Argument on defendant's motion to dismiss or for summary judgment shall be held at 3:00 p.m. on Monday, October 15, 2007, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge