The Nature Conservancy®
Saving the Last Great Places

74-4 Union Street
P.O. Box 958
Manchester, Vermont

TEL. 802 366-1556
FAX 802 366-1557

July 23rd, 2004

VIA CERTIFIED MAIL

Palmyra Pacific Entreprises, LLC
8441 S.E. 68th Street, Suite 312
Mercer Island, Washington, 98040
Attn: Mr. Frank Sorba

copy to:
Palmyra Pacific Seafood, LLC
8441 S.E. 68th Street, Suite 333
Mercer Island, Washington 98040

Re: Palmyra – License Agreement between Palmyra Development Co., Inc., and Palmyra Pacific Enterprises, LLC ("Licensee"), dated as of July 1, 1999 (the "License Agreement")

Dear Frank:

As you know, some time ago The Nature Conservancy assumed the License Agreement referred to above and stepped into the shoes of Palmyra Development Co., Inc. as Licensor. As Licensor, we are writing to inform you that the License Agreement expired without renewal or extension on July 1, 2004. Accordingly, the License Agreement is terminated and is of no further force and effect.

We have written you in the past to inform you that Licensee has been in default for, among other things, non-payment of the license fees required under the License Agreement. Licensee remains in default under the License Agreement, and to date approximately $370,000 in license fees are due and owing. Moreover, to our knowledge Licensee has not used the Property since February 2001, and has failed to maintain its equipment and other effects on the Property so that it is in deteriorating condition. These facts indicate further that Licensee has abandoned the License, which is an additional event of default under the License Agreement.

The Nature Conservancy expressly does not waive these defaults or the non-payment of license fees, and acknowledges the expiration of the License Agreement while expressly reserving all legal rights and remedies.

Furthermore, we hereby remind you of Licensee's obligation under Section 11.01 of the License Agreement to remove from the Property all buildings, improvements, equipment, furniture and trade fixtures placed by Licensee on the Property, and to repair any damage caused by such removal. If Licensee intends to remove its effects, please notify us no later than August 2nd, 2004, in which case Licensee shall have no later than August 31st, 2004 to complete such removal and repair any damage resulting from such removal. (Due to your lack of maintenance and the harsh weather conditions on Palmyra your equipment and structures have deteriorated significantly.) If we do not receive a response within five business days of the date of this letter, or if Licensee fails to complete such removal and repair by August 31st, 2004, we will deem Licensee to have failed to remove its effects from the Property within the meaning of the License Agreement. In such event, we will remove, sell, or otherwise dispose of Licensee's effects in our reasonable discretion, and at Licensee's sole cost and expense.

Sincerely,

THE NATURE CONSERVANCY

Nancy MacKinnon

Nancy MacKinnon

cc: Jeffrey Benz, The Nature Conservancy
Chuck Cook, The Nature Conservancy