# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PALMYRA PACIFIC SEAFOODS, L.L.C., *et al.*,** *

Plaintiffs, *

v. * No. 07-35C

**THE UNITED STATES,** * (Filed Oct. 4, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties' attention is directed to the applicability to this case of the issues raised in Omnia Commerical Co. v. United States, 261 U. S. 502 (1923); Air Pegasus of D.C., Inc. v. United States, 424 F.3d 1206 (Fed. Cir. 2005); and Huntleigh USA Corp. v. United States, 75 Fed. Cl. 642 (2007). Counsel shall be prepared to address them at the argument on October 22, 2007.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge