(b)5 - Gov't Pre-Decisional

**Justin Johnson**
07/17/2000 11:25 AM

To: TIM ELLIOTT@DOI
cc: Joseph McDermott/OIA/OS/DOI@DOI

Subject: Palmyra atoll letter...

Tim-- As you may know, the FWS and the Nature Conservancy are working to create a nature preserve at Palmyra Atoll. The atoll is privately owned by a family in Hawaii, bút TNC has a signed sales agreement with them-- they just need to get the money together.

Part of the sales agreement is the grandfathering of a commercial fishing permit to Palmyra Pacific Enterprises, owned by Frank Sorba. Mr. Sorba is heading to Palmyra now. (b)5

(b)5 - Gov't Pre-Decisional