Joseph McDermott on 07/25/2000 04:23:33 PM

To: Sandra King/OIA/OS/DOI@DOI
cc: Nikolao Pula/OIA/OS/DOI@DOI, Karen Koltes/OIA/OS/DOI@DOI, Justin Johnson/PMB/OS/DOI@DOI

Subject: Re: Palmyra info

This is a report from a USCG officer provided to me today in confidence by Lieutenant Mark Murakami, USCG, based in Honolulu at the USCG's District XIV office. Having read and digested the report, I think that, although from a different perspective, it doesn't provide anything startling or new. I blind "cc"-ed the original incoming to Karen and Justin to see if they felt that the report offered information on which OIA/Mr. Berry's office should act. I think that it doesn't, but I want to get to Karen's and Justin's views. You are probably upset by section C and Frank Sorba's plans. So are we, and that is the reason that the letter of inquiry to Frank Sorba, drafted last week, is making its way to you for your signature NLT tomorrow.
Sandra King

Sandra King
07/25/2000 03:53 PM

To: Joseph McDermott/OIA/OS/DOI@DOI
cc:

Subject: Re: Palmyra info

Jooeeeee!!! What is this???? Who do we need to beat up?? :-)