**Joseph McDermott on 07/25/2000 03:18:31 PM**

To: "Murakami, Mark LT" <MMurakami@D14.uscg.mil>
cc:

Subject: Re: Palmyra info

Thank you for sending this to me. I haven't digested this fully yet. When I have, if I find something here which I think that I should refer to either our director or to our assistant secretary, may I? Many thanks.
"Murakami, Mark LT" <MMurakami@D14.uscg.mil> on 07/25/2000 03:03:05 PM

**"Murakami, Mark LT" <MMurakami@D14.uscg.mil> on 07/25/2000 03:03:05 PM**

To: Joseph McDermott/OIA/OS/DOI@DOI
cc:

Subject: Palmyra info

Mr. McDermott: The USCGC Jarvis visited Palmyra two weeks ago and developed the following information. I can't release the source other than to say it was a CG boarding officer.

"3. TEXT: A. ECO-TOURISM CAMP: ON 11JUL00 JARVIS' SHORE PARTY (SP) VISITED PALMYRA ATOLL IAW REF A. UPON LANDING, NO CARETAKER/RESIDENT MANAGER FOR THE FULLARD-LEO FAMILY WAS PRESENT NOR WERE THERE ANY VESSELS ANCHORED IN THE LAGOON. ON ISLAND WERE THE FOLLOWING FIVE INDIVIDUALS WORKING DIRECTLY/INDIRECTLY FOR "THE NATURE CONSERVANCY".

(1) MR. STEVE BARCLAY (PRIMARY POC) OF THE NATURE CONSERVANCY IS THE ONSCENE MANAGER FOR THE NATURE CONSERVANCY'S CURRENT OPERATION. HE WAS PREVIOUSLY EMPLOYED BY FISH AND WILDLIFE.

(2) MR/MRS BRUCE AND PATTY JONES FROM SEWARD, AK WHO SERVE AS THE MAINTENANCE FACILITIES ENGINEER AND COOK/GUEST SERVICES TECHNICIAN (VOLUNTEERS). BOTH HAVE VOLUNTEERED BEFORE FOR SIMILAR OPERATIONS ON MIDWAY ISLAND.

(3) MRS PATTY STABLER FROM HILO, HA (b)6 . MRS STABLER SERVES AS A COOK/GUEST SERVICES TECHNICIAN AND HAS PREVIOUSLY WORKED FOR PHOENIX AIR OUT OF MIDWAY ISLAND.

(4) PAUL (LAST NAME UNK) WHO IS A COOK FOR STATEWIDE SERVICES LOCATED IN AK. STATEWIDE IS SUBCONTRACTED BY THE NATURE CONSERVANCY AND WAS USED IN THE INITIAL SET UP OF CAMP AND FACILITIES. PAUL IS CURRENTLY SERVING AS A COOK ON ISLAND.

EXCEPT FOR MR BARCLAY AND STATEWIDE EMPLOYEE (PAUL), ALL ARE VOLUNTEERS FOR THE NATURE CONSERVANCY. ROOM AND BOARD SUPPLIED. MR BARCLAY STATED THAT HE AND HIS ORGANIZATION (THE NATURE CONSERVANCY) HAD ARRIVED ON THE 30TH OF APRIL VIA BARGE (AMERICAN MARINE SHIPPING) AND THAT NO ONE WAS ON THE ISLAND AT THAT TIME. RUMOR HAS IT THAT THE OLD CARETAKER/MANAGER ROGER (LAST NAME UNK) LEFT THE ISLAND 6 TO 8 MONTHS AGO AND IS NOW IN HONOLULU. APPARENTLY ROGER HAD TAKEN CARE OF

THE ISLAND FOR APPROXIMATELY 10 YEARS. HE LEFT HIS THREE DOGS BEHIND WHEN HE DEPARTED THE ISLAND. MR BARCLAY STATED THAT HIS ORGANIZATION WENT PUBLIC WITH THEIR ECO-TOURISM CAMP APPROXIMATELY 2 MONTHS AGO BUT KEPT IT LOW KEY. THEY ARE CURRENTLY IN PHASE I OF THEIR PROJECT WHICH CONSISTS OF SETTING UP CAMP AND RAISING FUNDS TO BUY THE ISLAND. PHASE I IS EXPECTED TO LAST 6 MONTHS. LONG RANGE GOALS MAY INVOLVE TURNING THE ISLAND OVER TO THE US GOVT IN A TRUST FUND FOR MANAGEMENT. LAST WEEK 12 INDIVIDUALS VISITED THE ISLAND BY INVITATION AND PAID $5000 FOR 5 DAYS ACCOMMODATIONS AND TRANSPORTATION. SEVERAL INDIVIDUALS, SPECIFICS NOT GIVEN BY MR BARCLAY, WERE WASHINGTON POLITICIANS AND PROMINENT FORTUNE 500 BUSINESS OWNERS. THE GOAL ACCORDING TO MR BARCLAY WAS TO GET DONORS AND RAISE 37 MILLION (7 MORE THAN ORIGINALLY MENTIONED FOR INFRASTRUCTURE) NEEDED TO PURCHASE THE ISLAND. MR BARCLAY DID NOT DISCLOSE THE AMOUNT RAISED TO DATE, OR THE NEXT DATE THEY EXPECTED PROSPECTIVE INVESTORS. APPARENTLY NOVEMBER 1ST IS THE DEADLINE FOR THE COMPLETION OF PHASE I - ALL PERSONNEL, INCLUDING MR BARCLAY ARE SCHEDULED TO DEPART AT THAT TIME. TWO FISH BOAT CAPTAINS AND TWO COOKS ARE DUE IN ON MONDAY, 17JUL WHEN THE NEXT SUPPORT FLIGHT ARRIVES. SINCE MR BARCLAY'S ARRIVAL ONLY SIX PRIVATELY OWNED SAILING VESSELS HAVE VISITED THE ISLAND. CURRENT FULLER-LEO POLICY ALLOWS TRANSIENTS NO MORE THAN A 7 DAY VISIT.
A TOUR OF THE ECO-TOURISM CAMP YIELDED THE FOLLOWING:

14 TENTS, CARPETED W/ DOUBLE SIZE RACKS AND CLOSETS
1 MODERNIZED SHOWER FACILITY W/ 6 SHOWERS, 4 INCINERATOR TOILETS (EACH USE 3.5KW), AND 1 WASHER.
1 GALLEY.
8 KAYAKS
35 DIVE TANKS
1 BAUER BREATHABLE DIVE AIR COMPRESSOR
10 SETS OF FULL DIVE GEAR
30 FISHING POLES
4 WHALERS, NEW
1 SEA CAT, 23'
2 JOHN DEERE TRACTORS
1 TRUCK
2 GENERATORS (32KW, 20KW)
1 REVERSE OSMOSIS WATER MAKER, 50GAL/HR (AVG 34GAL/HR)
3 WATER BLADDERS (1X1300GALS, 2X1150GALS)
2 WATER BUFFALOS (400GAL/EACH; W/ DRMO NUMBERS)
JET FUEL, TYPE A; (3X5500GALS; APPROX 1/3 HAS BEEN USED)
DIESEL #2, (1X5500GALS)
GASOLINE, (1X5500GALS)
PROPANE (4X50GAL TANKS)
SOIL SEMENT (50X50GAL DRUMS REMAINING)
COMMS (MARINE VHF, HF SINGLE BAND HAM, SAT PHONE)

B. RUNWAY: RUNWAY DATES BACK TO WWII AND IS MADE OF CRUSHED CORAL/SAND. IT IS APPROXIMATELY 6000' BY 100' (PLUS 25' EACH SIDE, CLEARED OF VEGETATION). MR BARCLAY STATED THAT UPON ARRIVAL HE HAD CONTRACTORS CUT/CLEAR VEGETATION OFF THE RUNWAY AND THAT MONTHLY HE SPRAYS SEALANT ("SOIL SEMENT") ON THE DECK TO CONTROL THE CHUNKS OF SMALL LOSE CORAL AND SAND. PATCHES OF SOIL SEMENT APPEAR TO DELAMINATE WHERE A/C HAS LANDED. APPROXIMATELY 5000' OF THE RUNWAY HAS THE SEALANT APPLIED TO IT. RUNWAY HEADING - 050M/230M. THERE IS A NEW WINDSOCK AT THE WEST END. ASIDE FROM JET FUEL MENTIONED ABOVE

THERE ARE NO HANGERS OR AVIATION SUPPORT FACILITIES. FOD HAZARDS INCLUDE CORAL, SAND, VEGETATION, AND BIRDS (HEAVY TO MODERATE). PALM TREES POSE PROBLEM FOR 050 APPROACH/DEPARTURE. C130 LIMITED TO TURNAROUND, MAY HAVE TO BACKTAXI. MR BARCLAY STATED THAT G-1 FLIGHTS LAND APPROXIMATELY EVERY ONE TO THREE WEEKS, BRINGING FOOD, SUPPLIES, AND GUESTS. CURRENTLY SCHEDULED FOR FLIGHTS - 17JUL, AUG(X1), AND SEP(X2).

C. STATUS OF DEVELOPMENT: ASIDE FROM THE ECO-TOURISM (THE NATURE CONSERVANCY) CAMP AND FACILITIES THERE ARE CURRENTLY NO OTHER DEVELOPMENTS WITHIN THE LAGOON, WATERFRONT AND WATERWAYS. MR BARCLAY STATED THAT A CONTRACT HAD BEEN NEGOTIATED BETWEEN THE PALMYRA DEVELOPMENT CORPORATION (PDC) AND MR FRANK SORBA OF PALMYRA PACIFIC SEAFOOD (PPS) LLC (8441 S. EAST 68TH ST, SUITE 333, MERCER ISLAND, WA 98040, TEL 206-232-9695, FAX 206-632-0899,
CELL 206-605-3316). THE CONTRACT IS GOOD FOR 5 YEARS AND HAS THE OPTION OF BEING RENEWED FOR AN ADDITIONAL 5 YEARS - CONTRACT IS TRANSFERABLE. ADDITIONALLY, A PPS BARGE IS SCHEDULED TO ARRIVE ON 17JUL. THE BARGE IS THE INITIAL SETUP FOR WHAT IS TO BE A 5 VSL LONGLINER AND 5 VSL BOTTOM FISHING FLEET BASED OUT OF THE ISLAND. BARGE IS APPARENTLY CARRYING THE INITIAL FOOD, SHELTER, AND SUPPLIES. MR BARCLAY STATED THAT PPS WILL HAVE ONE ACRE OF LAND NEAR THE LAGOON SIDE OF THE ISLAND AND AN ADDITIONAL WEDGE SHAPE PIECE OF LAND INLAND TO CONDUCT THEIR OPERATIONS - THEY WILL NOT BE PERMITTED OUT OF THESE AREAS. MR BARCLAY STATED THAT AS MUCH AS 35 PEOPLE FROM PPS MAY ARRIVE WITH THEIR FAMILIES. HE STATED ONE INDIVIDUAL INTENDED ON BRINGING HIS SIX CHILDREN. NO SPECIFICS WERE KNOWN AS TO HOW THE FISH WOULD BE PROCESSED OR SHIPPED FROM THE ISLAND. ONE REPORT ACCORDING TO MR BARCLAY WAS THAT PPS WOULD FLY THE FISH OFF THE ISLAND VIA A C130 THREE TIMES A WEEK AND THAT THE FISHING FLEET COULD GROW TO AS MUCH AS 20 TO 25 VSLS.

4. REMARKS: MAJOR CONCERNS BY MR BARCLAY STEM FROM THE CONTRACT BETWEEN PPS AND PDC WHICH IS TRANSFERABLE IF AND WHEN THE NATURE CONSERVANCY CAN RAISE THE FUNDS TO PURCHASE THE ISLAND. MR BARCLAY FEELS ECO-TOURISM AND NATURE PRESERVATIVE AGENDA WILL CONFLICT WITH PPS FISHING FLEET/INDUSTRY. MAJOR CONCERNS OF POLLUTION AND IMPACT TO LAGOON AND ISLAND ENVIRONMENT."