# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PALMYRA PACIFIC SEAFOODS, L.L.C., *et al.*,** *

Plaintiffs, *

v. * No. 07-35C

**THE UNITED STATES,** * (Filed Oct. 23, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the argument on defendant's motion to dismiss held on October 22, 2007,

**IT IS ORDERED**, as follows:

1. By November 2, 2007, defendant shall file a supplemental brief, not to exceed five pages, addressing the new cases discussed by plaintiffs' counsel during argument.

2. By November 9, 2007, plaintiffs may file a supplemental reply, not to exceed five pages.

3. The Clerk of the Court shall dismiss plaintiff Kingman Reef Enterprises, L.L.C., without prejudice pursuant to the parties' oral stipulation.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge