# In the United States Court of Federal Claims

**No. 07-35 L**

**PALMYRA PACIFIC SEAFOODS, L.L.C.,**
**PALMYRA PACIFIC ENTERPRISES, L.L.C.,**
**PPE LIMITED PARTNERSHIP,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Order, filed January 22, 2008, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, pursuant to RCFC 12(b)(6). No costs.

John S. Buckley
Acting Clerk of Court

**January 23, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.