ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PALMYRA PACIFIC SEAFOODS, L.L.C., a Washington limited liability company;

PALMYRA PACIFIC ENTERPRISES, L.L.C., a Washington limited liability company;

PPE LIMITED PARTNERSHIP, a Washington limited partnership; and,

FRANK SORBA, an individual,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

FILED
MAR 21 2008
U.S. COURT OF FEDERAL CLAIMS

No. 07-35L

Judge Christine O.C. Miller

**PLAINTIFFS' NOTICE OF APPEAL**

Pursuant to RCFC 58.1 and FRAP 3, notice is hereby given that all plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from (1) the judgment entered in this action on January 23, 2008 dismissing plaintiffs' complaint and the action, and (2) the Court's opinion and order entered January 22, 2008 in this action, which explains the reasons for the judgment of dismissal. Plaintiffs have tendered to the Clerk a check in the amount of $455.00 pursuant to RCFC 77.1(c)(2).

Dated: March 21, 2008

Respectfully submitted,

Howard N. Cayne
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel: (202) 942-5000
Fax: (202) 942-5999

*Counsel for plaintiffs Palmyra Pacific Enterprises, L.L.C.; PPE Limited Partnership; Palmyra Pacific Seafoods, L.L.C.; and Frank Sorba*

*Of counsel*:
David B. Bergman
Michael A. Johnson

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2008 I served a true and correct copy of the foregoing Plaintiffs' Notice of Appeal upon counsel for the defendant by first-class mail with postage prepaid, addressed to:

Marla Tun Conneely
U.S. Department of Justice
1100 L Street
Washington, DC 20005.

Michael A. Johnson